# EXHIBIT 21

## Declaration of Robert Friedmann

1. My name is Robert Friedmann.  My Yiddish name, which I also go by, is
   Yankev Beer.  I am over 18 (DOB: 3/14/48) and competent to testify in this
   matter.

2. I am providing this declaration in Israel Weingarten's criminal case in the
   Eastern District of New York.  I previously filed an affidavit in this case on
   April 16, 2009.  I incorporate that affidavit into this declaration.

3. When the Weingarten's moved to Antwerp, Belgium in 1985 they lived near
   my home.  Rabbi Weingarten and I became friends and we walked to the
   synagogue together often.

4. My son studied at Rabbi Weingarten's Yeshiva so I also knew Rabbi
   Weingarten in his capacity as a teacher.  He was generous in his dedication of
   time to the students and always taught them about the importance of charity.
   It is a tradition in our Yeshivas for children to collect donations from the
   community.  That money is used for a variety of purposes to support the
   school or to give as a charity.  My son had a very good experience learning
   from Rabbi Weingarten.

5. It was well known that Rabbi Weingarten did not pay himself for the work he
   did at the Yeshiva.  After several years of teaching at the school without a
   wage, his family did not have enough money for food.  Seeing this, the school
   community, including myself, obliged Rabbi Weingarten to accept money
   from the school.  Rabbi Weingarten never stole or took money from the
   school.  To the contrary, he always forwent his salary and made sure the
   other staff was paid.

6. I remember seeing Rabbi Weingarten and Frieme Leaieh when they returned
   to Antwerp in August and September of 1997.  I remember this time because
   Rabbi Weingarten's father had recently passed away, so he was leading
   prayer at the synagogue.  We walked to the synagogue frequently and often
   two times per day during this time.  Frieme Leaieh was not with us when
   Rabbi Weingarten and I walked to the synagogue.

7. I also remember Rabbi Weingarten's return to Antwerp because we are
   friends and he called upon me to inform me of his need to finish the packing
   and move and settle his affairs.  I remember Rabbi Weingarten speaking
   about packing on the phone before he came to Antwerp and also while he
   was here.  I also went to the house and saw the packing cartons and items
   being packed.

8. During this time that Rabbi Weingarten and Frieme Leaieh were in Antwerp, I remember seeing them on the street smiling and talking. We lived in a small community where most people knew each other and would often see each other walking in the streets. This particular time period sticks in my mind because I had recently heard the allegations Frieme Leaieh said about her father sexually abusing her. I remember seeing Frieme Leaieh and her father on the streets in Antwerp together and appearing happy. I remember this because it warmed my heart to see them together so happy after hearing of these allegations. I remember that it was a very good feeling for me when I would see them walk by my home. They lived nearby and regularly passed by my house during this time. Frieme Leaieh did not seem pale or harmed. In fact, she appeared to be in a good mood when I saw her.

9. In addition to knowing Frieme Leaieh through my friendship with her father, I also knew her from the Beth Rachel school were I was the head director. The other girls at the school were constantly complaining about Frieme Leaieh lying and making up stories. Long before the allegations against her father, Frieme Leaieh had issues at school with not being honest. I never knew if I could trust what she was saying.

10. I don't remember the exact date but several weeks before trial I had the opportunity to speak with Rabbi Weingarten. He expressed to me that he was unhappy with his attorneys and was concerned that they were not prepared.

11. Israel Weingarten's trial attorneys never contacted me. If I they would have contacted me I would have related the above information to them and answered their questions.

12. While it is generally very difficult for me to travel during the purim holidays due to specific things we need to do at the home during this time, I travelled to New York several weeks before the trial and planned to stay through trial if the attorneys needed me to testify. However, the attorneys never met with me.

13. I related the above information to a member of Israel's current legal team, who typed it for me.

14. I have carefully reviewed the contents of this declaration for accuracy.

2

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in Antwerp, Belgium.


_____          _____
Robert Friedmann                                          Date

14. 09. 2014

# EXHIBIT 22

<u>Declaration of Hinde Englander</u>

1. My name is Hinde Englander.  I am over 18 (DOB: 3/14/77) and competent to testify in this matter.

2. I understand that I am providing this declaration in Israel Weingarten's criminal case in the Eastern District of New York.  I previously filed an affidavit in this case on April 14, 2009.  I incorporate that affidavit into this declaration.

3. I knew the Weingarten family when they lived in Antwerp, Belgium between 1985 and 1997.  Rabbi Weingarten was close to my father, Abraham Englander.   I saw them spend many hours talking together.

4. The Weingarten family, including Rabbi Weingarten's daughter Frieme Leaieh, came to my home to eat meals and talk.  We also celebrated the holiday Sukkot together.  This holiday lasts over a period of 8 days in the Fall.  During this holiday we take meals and celebrate in an outside structure called a Sukkah.  The Weingarten family did not have a Sukkah so they would come to our Sukkah and spend the holiday with us.

5. When I was young our families also spent the summer holidays together at a camp in Switzerland.  I remember Mrs. Weingarten measuring the tablecloth to make sure that it was within millimeters centered on the table.  I also remember her organizing the medicine cabinet at the camp so that all the medicine was lined up perfectly.  Mrs. Weingarten often obsessed over cleaning and organizing.

6. Frieme Leaieh and I attended the same school.  I was a few years older than her and she always tried to be my friend and talk to me.  I spoke with Frieme Leaieh several times per week, including at the synagogue on Saturdays.

7. When I graduated from school, I was a leader at the girl's day camp in Antwerp for four weeks.  Frieme Leaieh had just completed 9th grade and was a pupil in my day camp class.  She often tried to spend time with me as opposed to the other girls in the camp.  She was constantly seeking attention and told false stories.

8. My experience with Frieme Leaieh both as a school mate and her camp counselor was that she often made up stories, over-reacted and exaggerated.  She would say things that were not true and was an attention seeker.  When I was in school, Frieme Leaieh told people lies about me in order to get people to like her.  She also told a lie about one of our teachers at the school.  Frieme Leaieh said the teacher was spending extra time learning with her.  When I

1

asked the teacher, she said it was not true. Frieme Leaieh told both harmful and inconsequential lies such as this. In Yiddish, this type of lying is referred to as fantasizing. Frieme Leaieh earned a reputation as a fantasizer for telling these types of false stories. Because Frieme Leaieh could not be trusted, some of the girls at school did not like her.

9. I saw Frieme Leaieh in August and September of 1997 when she returned to Antwerp with her father after her grandfather died. I remember seeing Rabbi Weingarten and Frieme Leaieh during this time period because Rabbi Weingarten had longer hair on his head than usual. I follow the Satmar religious practices. It is customary in Satmar for the men to shave the hair on their head; however, when a parent dies, the men go a period of time without shaving.

10. During this time when I saw Frieme Leaieh, she spoke holy about her father and she appeared healthy and in good spirits. I did not see anything that would suggest that she was being abused or harmed in any way.

11. During this time I also saw Rabbi Weingarten without Frieme Leaieh. He came to my house several times and spent hours talking to my father outside by our front door.

12. I was also present at Frieme Leaieh's wedding. I went to the apartment her family rented for the wedding the week prior to the wedding and spent the night with Frieme Leaieh and her family there. At the apartment and at the wedding Frieme Leaieh appeared happy to be around her father.

13. Alan Stutman and Barry Rhodes, who I have been advised were Rabbi Weingarten's trial attorneys never contacted me to ask me any questions about this case. If I they would have contacted me, I would have related the above information to them and answered their questions. I also would have been willing to testify if needed.

14. I related the above information to a member of Israel's current legal team, who typed it for me.

15. I have carefully reviewed the contents of this declaration for accuracy.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date in London, England.

_H. Englander_
Hinde Englander

_12/sep/14_
Date

2

# EXHIBIT 23

## Declaration of Abraham Englander

1. My name is Abraham Englander.  I am over 18 (DOB: 4/12/50) and competent to testify in this matter.

2. I understand that I am providing this declaration in Israel Weingarten's criminal case in the Eastern District of New York.

3. I first met Israel Weingarten when he moved to Antwerp, Belgium.  We became close friends and spent a lot of time together.  In fact, when Mr. Weingarten lived in Antwerp we saw each other daily and would spend hours talking.

4. I worked with Rabbi Weingarten at the Yeshiva, the school for boys that Rabbi Weingarten founded, from the time it opened until it closed (approximately 1987 to 1996).  My position was finance director.  Among other duties, I was responsible for collecting the money (tuition) from the students and paying the teachers and staff.  I repeatedly tried to pay Rabbi Weingarten a wage for his long hours of work at the school; however, Rabbi Weingarten would not accept any money as he wanted the other teachers and staff to get paid first.  He also believed that teaching was a service to the community.

5. It is common in our community for the Yeshiva to send the boys to collect money for charity.  There is a belief that this instills in the children the values of helping others.  Rabbi Weingarten and the children used the money the children raised from the collections and pay food bills for poor families in the community.  There was also a time where Rabbi Weingarten announced that we needed to collect money for books because the school was in need.  Rabbi Weingarten never took any money from the school or the collections for himself.  He lived a humble lifestyle.

6. My twin sons, Eliezea and Naftali Englander were students of Rabbi Weingarten from the inception of the school.  He instilled in them strong values and taught them about everyday practical needs in addition to religious studies.  Rabbi Weingarten was dedicated to teaching and both of my sons learned a lot from him over the 3 to 5 years they studied at his school.  Rabbi Weingarten taught and worked at the school from 5:00 a.m. until late into the evening.  When the school started there were just 5 students, by the time the school closed, there were over 40 students and two classes.



1

7. On occasion, our families also had Saturday dinners together in celebration of Shabbos. Israel's daughter Frieme Leaieh and my daughter Hinde would see each other and spend time talking during these dinners. The dinners would last approximately 3-4 hours during which we would spend time talking and singing. Rabbi Weingarten came to my home often.

8. For two years, I also participated in the camp in Switzerland that Rabbi Weingarten established for the boys of the school. Rabbi Weingarten spent countless hours preparing the boys for the camp and during the 3-4 week time frame when they were at the camp, Rabbi Weingarten spent all day helping to prepare meals, teaching the students and running the camp logistics.

9. Rabbi Weingarten came to me concerned about an inappropriate relationship he discovered his daughter, Frieme Leaieh, was having with a married neighbor. He was concerned about this and contemplated moving his family from Antwerp in order to remove Frieme Leaieh from the situation.

10. Rabbi Weingarten and his family moved to Israel the same year his father passed away. After the passing of his father, Rabbi Weingarten returned to Antwerp to finish packing his belongings and settle his affairs.

11. During the time Rabbi Weingarten was in Antwerp after his father passed away, I saw Rabbi Weingarten regularly at our synagogue. I remember him leading the prayers in the morning, afternoon and evening sessions during this time. I also remember when he was hospitalized for several days during this same time period.

12. Rabbi Weingarten came to my home often during this period that he was visiting Antwerp to settle his affairs, and we spent long hours talking. He also took meals with my family at my home on several occasions during this time.

13. Israel Weingarten's trial attorneys never contacted me or anyone in my family. If I they would have contacted me I would have related the above information to them and answered their questions.

14. I related the above information to a member of Israel's current legal team, who typed it for me.

15. I have carefully reviewed the contents of this declaration for accuracy.

2



16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in London, England.


_____          _____
Abraham Englander                  Date   12/09/14


3

# EXHIBIT 24

## Declaration of Liba Berger

1. My name is Liba Berger. I am over 18 (DOB 8/25/80) and competent to testify in this matter. I am a citizen of England and I reside in Antwerp, Belgium.

2. My understanding is that I'm submitting this declaration with respect to a federal criminal case regarding Israel Weingarten.

3. I knew Israel Weingarten's daughter, Frieme Leaieh Weingarten, for most of her childhood when she lived in my neighborhood in Antwerp, Belgium. Frieme Leaieh and I went to the same school and she was in the grade below me. Although I saw her at school and knew of her, we were not close friends at that time.

4. Frieme Leaieh had a reputation at school for exaggerating and for acting as though she were better than the other girls because she is more religious. For this reason, she did not have many friends. I remember her telling stories about inconsequential things that were not true. She tried many times to be my friend but I didn't want to be her friend. One time, she told me that she could remember some things that happened when she was a 9-month-old baby. I felt it was impossible for her to remember and that she was lying.

5. Frieme Leaieh reached out to be my friend when we were a little older. Another friend of mine said I should give her a chance. I did and Frieme Leaieh and I became close friends when I was about 15 years old. Before Frieme Leaieh went to school in England, we saw each other almost daily. When she was in school in England we remained friends.

6. Frieme Leaieh often confided in me about her problems. She was upset about the friction between her parents and the poverty they lived in.

7. Frieme Leaieh also spoke to me about not liking her father's rules. He enforced the orthodox rules to an extreme compared to other families. Frieme Leaieh did not like that her father made her wear her hair in two braids when she only wanted one. Her father was also very strict and didn't let Frieme Leaieh wear any red. Once, Frieme Leaieh borrowed a dress from me that had a little red flower. When her father saw her she told me he became upset. Frieme Leaieh said she wished her home was less strict like mine, because she only got to play or listen to music on rare occasions and had to be "top orthodox." For the public she acted proud of being top orthodox but because we were close, I knew she didn't like that strict of a religious lifestyle.

1

8. When Frieme Leaieh came back from England she no longer wore braids. She said her friend cut her hair and had accidently cut too much. When I asked her friend, she said that was not true, that Frieme Leaieh asked for her hair to be cut that short because she did not want to wear braids.

9. I remember the three-week period in 1997 when Frieme Leaieh returned to Antwerp with her father to pack. Her grandfather had just passed away and her and her father came alone from New York. Although I do not remember the exact dates, I remember the event of her returning to finish packing the family's belongings. I remember this because we were close friends and I felt an obligation to acknowledge her return.

10. During her stay in Antwerp, I went to visit Frieme Leaieh at her home one Friday in the late afternoon, early evening. Frieme Leaieh called me and asked me to go to her apartment to visit her. She seemed happy to be in Antwerp visiting friends. In fact, when I went to leave her apartment she told me she was leaving to spend the evening meal at the Cohen's home.

11. When I saw Frieme Leaieh during this time, she looked clean and put together. When we were together Frieme Leaieh did not seem depressed or in distress. I did not see any signs that would indicate that Frieme Leaieh was being sexually abused during her stay. She did not appear pale, depressed, or unhappy.

12. Frieme Leaieh never mentioned being abused by her father during this time. There was at least one opportunity where Frieme Leaieh and I were alone together without her father, and Frieme Leaieh never said she was being abused or harmed in any way. We were such good friends before that I would have noticed had Frieme Leaieh been in distress.

13. Frieme Leaieh and I remained close friends until I got married in October 1998. Then I got married and Frieme Leaieh never returned to Antwerp so we have not spoken in a long time.

14. None of the attorneys contacted me prior to Mr. Weingarten's trial in New York. Had they contacted me, I would have provided them with the above information and answered their questions. I also would have been willing to testify during a deposition in Belgium or if necessary I would have gone to the trial in New York.

15. I related the above information to a member of Mr. Weingarten's current legal team, who typed it for me.

16. I have carefully reviewed the contents of this declaration for accuracy.

2

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in Antwerp, Belgium.


_Berger Liba_                          _07 - 09 - 2014_
Liba Berger                            Date

3

# EXHIBIT 25

## Declaration of Chaim Freed

1. My name is Chaim Freed.  My Hebrew name is Chaim Zorach and Harvey David is my birth name.  I am over 18 (DOB 9/24/48) and competent to testify in this matter.  I reside in Antwerp, Belgium.

2. I am writing this declaration for submission in the federal criminal case against Israel Weingarten in the Eastern District of New York.

3. I have known Rabbi Weingarten since he moved to Antwerp in 1985.  We lived in the same community and I knew his family well.

4. I was a teacher at the time I knew the Weingartens and three of their sons were in my class: Yonesun, Yoil, and Yakov.  Rabbi Weingarten showed involvement in his sons' education and reached out to me as their teacher.

5. My daughter Charna (birth name Debora) was in the same school and class as Frieme Leaieh Weingarten.  They were close friends so Rabbi Weingarten and I got to know each other through this connection as well.

6. I saw Rabbi Weingarten about every other day when he lived in Antwerp. We prayed in the same synagogues twice per day.  The synagogue was also a place for socializing and we spent time together there.  Rabbi Weingarten and I spent time talking.

7. Rabbi Weingarten was a highly respected member of our community, and many people went to him for advice.  Even Rabbi Leiser who is probably the most influential Rabbi here in Antwerp in an unofficial capacity would also call Mr. Weingarten to consult with him.

8. I remember when Rabbi Weingarten returned to Antwerp to finish moving his belongings in August and September 1997.   I remember this because I helped Mr. Weingarten move his belongings.  I owned a station wagon with a roof rack so I offered to help him with moving.

9. During this time when I was at Rabbi Weingarten's apartment helping him, I saw Frieme Leaieh at her house, my house, and traveled with her and her father in the car.  She did not appear scared, frightened, or under stress. There was nothing about her that made me think she was being abused.  In fact, the opposite was true. She made a favorable impression and thanked my wife and I for helping the family with moving.  In addition, I saw them out in the community.  Frieme Leaieh did not appear as though she were being harmed.  She appeared healthy and portrayed herself with confidence when we spoke.

1

10. I never saw the slightest sign of stress from Frieme Leaieh during the time she was in Antwerp from August 1997 to September 1997. As a teacher, I was particularly in tune with children and could see when they had a problem or were under stress.

11. None of Mr. Weingarten's attorneys contacted me prior to Mr. Weingarten's trial in New York. Had they contacted me, I would have provided them with the above information and answered their questions. I also would have been willing to testify regarding the above facts.

12. I related the above information to a member of Israel's current legal team, who typed it for me.

13. I have carefully reviewed the contents of this declaration for accuracy.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date in Antwerp, Belgium.


_____          14 Sep '14
Chaim Freed                               _____
                                          Date


2

# EXHIBIT 26

<u>Declaration of Chaneh Goldeh Berkovits</u>

1. My name is Chaneh Goldeh Berkovits and my maiden name is Weingarten. I am 25 years old (DOB 12/1/88) and competent to testify in this matter.

2. I am submitting this declaration in my father Israel Weingarten's criminal case in the Eastern District of New York. I previously filed an affidavit in this case on April 14, 2009 and incorporate that affidavit into this declaration.

3. I was 18 years old at the time of my father's trial. Since the trial I married and have two little girls ages 3-years-old and 8 months. Before I got married four years ago I was a teacher, now I care for the children and home full-time.

4. Around a week after my father was arrested and placed in jail, Mendel Blum took me and some of my siblings to attorney Alan Stutman's office. Alan Stutman, Mendel Blum and John Middleton were present. Alan Stutman spoke to us for about 5 minutes and showed us a video of him to show us he was good in trial.

5. At that meeting, John Stutman never spoke to us individually and never asked me any questions. I asked why he was not asking me questions and he said I was too young: I was 18 at the time. I told Alan Stutman that I knew a lot of important things and I could testify about them. Alan Stutman still did not ask me any questions.

6. I knew part of the case was about Frieme Leaieh being sexually abused in Belgium so I had a blue print made of our apartment because our apartment was really small. I gave it to John Middleton to give to the attorneys. The attorneys never contacted me to ask me about it. The attachment is a correct copy of the blueprint I had made of our apartment in Antwerp.

7. From an early point in the case my father began complaining that his attorneys were not working on his case and that they wanted him to tell lies and adopt a theory that he said wasn't true.

8. Almost every time I spoke to my father he complained that the attorneys weren't doing anything. My siblings and I didn't know how to help him.

9. I remember when my uncle Alfred came to our apartment in Israel and told us that our father needed to go to America to help sit with and care for my grandfather who was in the hospital. Uncle Alfred said my aunt and uncle needed help and that it would be a good idea if one of us girls went. I remember Chayeh Sureh and Frieme Leaieh fighting over who should get to go. Chayeh Sureh was saying she should get to go because she hadn't gone anywhere in a long time and now she's old enough to go. My father said it was Chayeh Sureh's turn to go.

1

10. Frieme Leaieh began trying to convince my father and Alfred that it would be better for her to go. She said she wasn't in school and Chayeh Sureh needed to stay in school. She also said she was old enough to go shopping on her own and could bring back clothing for the family. She said Chayeh Sureh was not so capable because she was too young. I remember Chayeh Sureh and Frieme Leaieh going back and forth about who should get to go. Frieme Leaieh kept saying she wanted to see her friends from the seminary in Manchester that live in New York.

11. In the end, Frieme Leaieh got her way and my uncle Alfred said it would make sense for her to go since she was older.

12. I remember when Frieme Leaieh came home from her trip to New York and Belgium in September 1997 because she was really happy and had a big bag of clothing for all of us. I remember this because I was excited to get new clothes from America. I also remember because some of the clothing Frieme Leaieh brought back for herself had tights that were more sheer than we would normally get and some of the nightgowns were short sleeved, which she hadn't had before.

13. When Frieme Leaieh came home from Belgium she did not look changed, different, or tortured. She was very lively and happy and spoke happily about her time in New York and Belgium.

14. Growing up, I was sexually and physically abused by my mother. My mother also sexually abused Frieme Leaieh and my other siblings in front of me. My sister Frieme Leaieh was 7 years older than me and also touched me inappropriately.

15. When I was young, my sister Frieme Leaieh told me that if anyone asks me, I should say that it is my Tatti who is touching me.

16. When I was little, there was a story about a man from the Mafia in Antwerp that killed a man in the elevator. Frieme Leaieh knew how scared I was of that story and would use it to taunt me. She said if I told anyone about what she was doing with me that she would tell the Mafia. I was really frightened and did not tell anyone.

17. After I testified in my father's trial, I learned that the judge thought I was not being truthful because I used the term Mafia. The truth is, I was really scared of the Mafia and it is a commonly used term that children know in our community.

18. When we were growing up, Frieme Leaieh always told lies. Frieme Leaieh did the grocery shopping every week. When she was at the store I watched her steal the bonus items. She would then lie to my parents that she bought the required stuff to get the items for free.

2

19. Frieme Leaieh would also buy snacks and candies at the store and lie about it. My parents would ask for the change from grocery shopping and Frieme Leaieh would say, "I don't know I must have lost it," or "they gave me the wrong change."

20. Frieme Leaieh told lies regularly.  My parents oftentimes believed Frieme Leaieh when she lied to them.  When Frieme Leaieh would go out for groceries she would go talk with friends and get back really late.  Our mother couldn't make dinner on time and would get angry. When she started to get in trouble, Frieme Leaieh started crying and said she was late because someone had done something to her.  I didn't tell my mom the truth – that Frieme Leaieh had been talking to a friend for an hour - because my parents usually believed Frieme Leaieh.

21. Sometimes Frieme Leaieh would tell my father that our mother was angry when she really wasn't.  Frieme Leaieh made up stories and said she told them because she likes to make the house more colorful.

22. Frieme Leaieh changed friends a lot in Belgium.  She had a problem with girls wanting to be friends with her because she would make up stories.

23. Frieme Leaieh invited us to go to her wedding. I didn't want to go because I was upset with Frieme Leaieh but I wanted to go to America.

24. In our religion, before you get married you ask forgiveness from everyone you have wronged in your life.  The purpose of this is to start a fresh life.

25. The day before her wedding Frieme Leaieh asked me for forgiveness for ruining the family with the lies she told about my father.  I was in the two-bedroom apartment my family rented for the wedding.  My father was in one bedroom and Frieme Leaieh called each of us separately into the other bedroom.  Frieme Leaieh took me into the room and asked me to forgive her for making up the stories about our father and ruining the family.  I told her she hurt the whole family, not just me and we are all really suffering because of her lies. I told her she had to ask everyone for forgiveness and she said everyone already forgave her.

26. When Frieme Leaieh went into the room with my father I could hear her crying through the door, "please forgive me for all the lies I told about you through all the years."

27. I heard my father say I don't know what to do because you hurt all the kids.  I didn't hear anything else but assumed my father forgave Frieme Leaieh because they both seemed happy at the wedding and were dancing together.

28. My mom hit my father as well as us kids.  Sometimes I would watch her hit him and she would tell me he hit her.

3

29. None of the attorneys contacted me prior to Mr. Weingarten's trial in New York. Had they contacted me, I would have provided them with the above information and answered their questions.

30. I related the above information to a member of Israel's current legal team, who typed it for me.

31. I have carefully reviewed the contents of this declaration for accuracy.

32. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in Spring Valley, New York.


*Chaneh G. Berkovits*              *Sep 21 2014*
Chaneh Goldeh Berkovits          Date



# EXHIBIT 27

<u>Declaration of Eliezer Hochhauser</u>

1. My name is Eliezer Hochhauser. I am over 18 years old (DOB 1/7/68) and competent to testify in this matter.

2. I understand that I am submitting this declaration in Israel Weingarten's criminal case in the Eastern District of New York.

3. In February 1999 I lived in Manchester, England.

4. In the beginning of February 1999, Rabbi and Mrs. Weingarten stayed in my home in Manchester, England. I was advised by Mr. Chaim Krausz that the Weingarten's were coming to Manchester to visit their daughter Frieme Leaieh and needed a place to stay.

5. From speaking with Mr. Krausz, it was my understanding that the Weingarten's intent in meeting with their daughter was to dissuade her from entering into an unsuitable marriage.

6. When they were at my house both Rabbi and Mrs. Weingarten appeared worried about the prospect of their daughter marrying a boy in New York who was not a good fit for her.

7. While the Weingarten's were at my home they tried to set up meetings with Frieme Leaieh, but were unsuccessful. The Weingarten's consistently said they only wanted to discuss the proposed marriage partner with Frieme Leaieh and wanted to let Frieme Leaieh know that marriage was not her only option - that if she wanted to return to their home, she was welcome.

8. While I was with the Weingarten's in February 1999 they never spoke of wanting to kidnap Frieme Leiaeh or force her to return to live with them. They only spoke about their concern for their daughter entering into a marriage that was not in her best interest.

9. At the same time I heard that Rabbi Kreiswirth issued a letter saying that the unsuitable marriage should not occur and that people should do whatever they can to ensure that the marriage does not happen.

10. While the Weingarten's were at my home, they learned that Frieme Leaieh was at Rabbi Royde's house and that she would be leaving for New York the next day.

11. I went with the Weingarten's to Rabbi Royde's house so they could speak with Frieme Leaieh before she left.  Before we left, Mrs. Weingarten had a glue stick in her hand and was getting agitated.  When Rabbi Weingarten saw this he looked shocked and told Mrs. Weingarten to leave the glue stick at the house.

12. At one point when we were in the Royde's home to see Frieme Leaieh, Mrs. Weingarten began hitting Rabbi Royde.  Rabbi Weingarten was telling Mrs. Weingarten to stop but she wasn't responding.

13. The Weingarten's tried to get Frieme Leaieh to speak with them, but she wouldn't come out of the bedroom.  While they were trying to push open the door to speak to her, the police arrived.

14. Prior to Rabbi Israel Weingarten's trial, no one contacted me to ask me what occurred at Rabbi Royde's house or during the time period in February 1999 when the Weingarten's were trying to help their daughter avoid an unsuitable marriage.

15. Had the attorneys asked to speak with me, I would have answered their questions and provided them with the above information.

16. I also would have agreed to testify in the case if I were needed.

17. I related the above information to a member of Rabbi Weingarten's current legal team, who typed it for me.

18. I have carefully reviewed the contents of this declaration for accuracy.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in Antwerp, Belgium.


24 Sep 2014
_____
Dated


_____
Eliezer Hochhauser

# EXHIBIT 28

<u>Declaration of Moshe Kraus</u>

1. My name is Moshe Kraus.  I am over 18 (2/15/68) and competent to testify in this matter.  I reside in Manchester, England.

2. On April 17, 2009, I provided an affidavit in Israel Weingarten's criminal case in the Eastern District of New York.  (I note that in the prior affidavit my name is misspelled as Moishe.) I incorporate that prior affidavit into this declaration, also being submitted in Mr. Weingarent's Eastern District of New York criminal case.

3. I first met Israel and Mrs. Weingarten in Manchester, England in 1999.  A rabbi referred the Weingartens to me, as I am someone in the community who is known for helping people with problems.

4. The Weingartens came to me in Manchester, England to discuss their concern for their oldest daughter, Frieme Leaieh Weingarten.

5. I was aware of the following background information when the Weingarten's came to me for assistance:  Living in the community, I knew Frieme Leaieh had been residing at a girl's school in Manchester.  During her first semester at the school, Frime Leaieh was asked to leave.  She was gone for approximately half a year before she was permitted to return to school.

6. The Weingarten's appeared to me to be concerned.  They were informed that people who had been assisting Frieme Leaieh when she was in Manchester were arranging a marriage between Frieme Leaieh and a boy from Brooklyn. The Weingartens believed this match would be inappropriate and damaging for their daughter.  Israel Weingarten appeared worried, and through conversations with him, I believe his state of mind was that Frieme Leaieh's caretakers were encouraging a bad marriage.

7. My impression of the Weingartens was that they both were very concerned for their daughter and were frightened of the possibility of this union.  I felt that had the union been a positive match for Frieme Leaieh, the Weingartens would have accepted it, as they wanted a successful marriage for their daughter.  It was due to their belief that the union was not a good fit that the Weingartens wanted to have input on who their daughter married at that time.

8. When they arrived to Manchester, which was approximately a week before the Weingarten's went to Rabbi Royde's home to speak with Frieme Leaieh, they requested that I set up a meeting between them and Frieme Leaieh so that they could discuss with her the potential problems with entering into this proposed marriage. Mrs. Weingarten repeatedly expressed that she wanted to see her daughter. The Weingarten's intent with meeting with me was for me to arrange a meeting with them and Frieme Leaieh regarding the proposed marriage. They did not express any intent to remove their daughter from the school.

9. After a week of trying unsuccessfully to arrange this meeting, the Weingarten's, through the community, learned that Frieme Leaieh was at Rabbi Royde's house and went to speak with her there. When Mr. and Mrs. Weingarten went to Rabbi Royde's home in Manchester to speak with Frieme Leaieh, the situation got bad. I was called to come to the home to assist.

10. Later that night Mrs. Weingarten told me she snapped because the Roydes would not let her see her daughter. She was yelling at the Roydes that she was the one who gave birth to Frieme Leaieh and hitting them. She kept crying that she just wanted to see her daughter. She said her wild actions were a sudden desperation because she wanted to speak to her daughter.

11. Throughout my time assisting the Weingartens, I counseled Mrs. Weingarten over the telephone between 1999 and 2002 in order to help bring harmony in the home. I counseled them with regards to the unrest in the family as a result of Mrs. Weingarten's moods. Throughout the time I knew her, Mrs. Weingarten did not appear to me to be a stable person.

12. Mrs. Weingarten confided in me with respect to her family life and we spent a significant amount of time talking about her issues. I addressed some of the things Mrs. Weingarten discussed with me in my previous affidavit. Mrs. Weingarten was also upset about Frieme Leaieh having had an inappropriate relationship with their adult married neighbor.

13. Mrs. Weingarten's main complaint about her husband was that he believed any change from tradition was forbidden. As a result, she felt he was too strict with his children and required more religious adherence than other fathers. Mrs. Weingarten felt that Frieme Leaieh was being alienated by this strict upbringing. She also believed she thought Frieme Leaieh was raising false accusations about her father because she did not want to live in such a strict household.

14. Mrs. Weingarten suffered from extreme mood swings. When the family had difficulty with Mrs. Weingarten's temper, Mr. Weingarten asked me to speak with Mrs. Weingarten and calm her down. It seemed to me that I was usually successful.

2

15. After the incident at Rabbi Royde's home, Mrs. Weingarten and Israel participated in Frieme Leaieh's choosing a suitable marriage partner. Israel and Mrs. Weingarten gave their blessings for the marriage and supported Frime Leaieh's wedding.

16. I was present when Frieme Leaieh, her father, and the rest of the family were together in their rented apartment in Williamsburg during the days before her wedding. Frieme Leaieh thanked me for everything I had done for her father. I observed the body language between Israel and Frieme Leaieh. It appeared she was happy and comfortable to be with her father. I did not see anything out of the ordinary about their relationship. The manner in which they interacted with one another did not fit with the allegations of sexual abuse. Frieme Leaieh appeared natural and calm around her father.

17. I attended Frieme Leaieh's wedding and observed Frieme Leaieh and her father joyful at the wedding. They danced the traditional father/daughter dance together and there was a natural, positive atmosphere.

18. I also assisted the Weingarten family in making the decision to move to the United States from Israel. The Weingartens were very poor and life was difficult for them in Israel. Rabbi Weingarten had family in the United States, and I felt he would have more financial opportunity there, so I encouraged the family to move.

19. The family also called on me to meet them at the airport in London when they were en route from Israel to the United States during their move. They had packed many suitcases to take to the States. Mrs. Weingarten was upset at the airport because she felt Rabbi Weingarten had not done enough to help pack the suitcases. I acted as an intermediary. Rabbi Weingarten felt he had tried to help but she did not want him to help because he was not packing at Mrs. Weingarten's perfectionist level. When she saw that she was not winning the argument, she became agitated and used inappropriate language.

20. After their relocation to the United States I continued my relationship with the Weingarten family. Rabbi Weingarten contacted me about his concern that Frieme Leaieh was ridiculing her sisters' traditional way of life. Rabbi Weingarten informed me he told Frieme Leaieh she would not be welcome in the home if she did not stop disturbing their way of life. Mrs. Weingarten was very angry with Rabbi Weingarten about the fact that she felt she was being disconnected from her daughter and was not worried about preserving the religious way of life. I attempted to assist them in resolving that issue.

3

21. Soon after Mrs. Weingarten left the home I felt I might be able to help reunite the family.  At that time, Yoil Weingarten told me his mother had tried to burn him with a candle.   Schmiel Weingarten told me he was scared of his mother coming back home.  Chayeh Sureh also confided in me that her mother was sexually abusive to the children when she was in the home.

22. A member of Rabbi Weingarten's current legal team asked me regarding my use of the term mafia. *Mafya*, as it would be spelled in Yiddish, is a common term used colloquially in the Yiddish speaking community.  The term is used to refer to twisted persons that have conspiracy-like behavior.  In Yiddish, we also use the verb, *mafyanerisheh*, which describes twisted, underhanded, devious behavior.  This term is commonly used within the Yiddish speaking community by both adults and children.

23. Israel Weingarten's previous trial counsel never contacted me.  Mr. Lorandos was the first attorney to contact me, and I believe I provided my previous affidavit to him.

24. Prior to trial, I advised Rabbi Herschaft, I would be willing to testify.  I was told I would be called if I were needed to testify.  I never received a call from the trial attorneys regarding what I had witnessed or knew nor did they call me to testify.

25. I related the above information to a member of Israel's current legal team, who typed it for me.

26. I have carefully reviewed the contents of this declaration for accuracy.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.  Executed this date in Manchester, England.


Moshe Kraus                          9/10/14
Moshe Kraus                          Date

4

# EXHIBIT 29

### Declaration of Nicole Mancaux

1.  My name is Nicole Mancaux.  I am over 18 (DOB 11/25/45 ) and competent to testify in this matter.  I am a citizen of Belgium and I reside in Antwerp, Belgium.

2.  I was married to Dr. Roger Rappaport for 46 years.

3.  Dr. Rappaport was a general physician in Antwerp, Belgium.

4.  I assisted with the record keeping for Dr. Rappaport's medical practice.

5.  When Dr. Rappaport started practicing he used handwritten notes.  I don't remember the exact date but approximately 20 years ago he began maintaining computer records in addition to his hand written notes.

6.  Dr. Rappaport passed away on October 5, 2011.

7.  After Dr. Rappaport passed away I destroyed the contents of the patient files, including Dr. Rappaport's handwritten notes.  I maintained the computer records.

8.  Israel Weingarten was a patient of Dr. Rappaport in Antwerp, Belgium.

9.  The computerized medical records of Israel Weingarten were kept in Dr. Rappaport's computer files.

10. Although there was a file for Mr. Weingarten with Dr. Rappaport's notes, that file was destroyed after Dr. Rappaport passed away in 2011.

11. I have provided a copy of the medical computer records for Israel Weingarten to Mr. Weingarten's counsel.

12. Prior to today, no attorney has contacted me for a copy of Mr. Weingarten's medical records.

13. To my knowledge no attorney contacted Dr. Rappaport regarding Israel Weingarten's medical records or treatment.

14. I have carefully reviewed the contents of this declaration for accuracy.

15. I declare under penalty of perjury under the laws of the United States of America and Belgium that the foregoing statement is true and correct. Executed this date in Antwerp, Belgium.


_____        _____
Nicole Mancaux                          16/ 9/ 2014
                                        Date

2

# EXHIBIT 30

## CERTIFICATION OF AUTHENTICITY

My name is Nicole Mancaux.  I am the custodian of Dr. Roger Rappaport's medical files.

I certify that the attached medical records of Israel Weingarten are an authentic copy of the medical records that were kept in the regular course of Dr. Roger Rappaports medical practice in Antwerp, Belgium.  These records were made at the time Dr. Rappaport was the physician for Israel Weingarten.  The records were kept in the regular course of Dr. Rappaport's medical practice and making these records was a regular part of Dr. Rappaport's medical practice.

I certify, under penalty of perjury under the laws of Belgium that the above is true and correct.

Dated this ___16___ day of September 2014

Seen by me, Marc Verhoeven, notary at Antwerp (Deurne), for legal certification the signature apposed on this document by miss MANCAUX Nicole Andrée, [Belgian passport number: EM065501] [Belgian identity cart number : 591.2896508.93; Belgian national number: 451125-284-85], born in Brussels (Belgium)), on the 25th November 1945, residing at 2018 Antwerpen, Charlottalei 25, whose identity was proven with her Belgian passport and identity cart .

Antwerp, 18th November 2014.

Notaris Marc VERHOEVEN bvba
Dascottelei 102 - 2100 Antwerpen - Deurne
Tel. + 32(0) 3 321 33 21 - Fax + 32(0) 3 322 56 93
marc.verhoeven@notaris.be
BTW BE 0811 026 995

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Land: België
2. Deze openbare akte is ondertekend door:    Verhoeven, Marc
3. Handelend in de hoedanigheid van:    Notaris
4. Is voorzien van het zegel/ de stempel van:  Notaris
                                                Antwerpen

## Voor echt verklaard

5. Te Brussel                     6. Op: 19/09/2014
7. Door de Federale Overheidsdienst Buitenlandse Zaken, Buitenlandse Handel
   en Ontwikkelingssamenwerking

8. Onder nr. **9805140919203696**
9. Zegel / Stempel:                          10. Ondertekening:

                                              Jan Van de Velde

```
#BEGIN
DOSSIEREXPORT###########################################
*BEGIN
PATIENTDOSSIER*****************************************
Administratieve informatie:
----------------------------
DossierID: ID0000000003969, Dossier: 4501, Code: , Siskaartnr.:
Naam patiÎnt........: WEINGARTEN ISRAEL
Adres...............: BELGIELEI 75A, 2018 ANTWERPEN 1, BelgiÎ
Tweede adres........: , ,
Tel1,2,Fax,GSM......: , , ,
Gesl.,Geb.Dat,Plaats: Mannelijk, 24/02/1950,
Familiaal verband...:
Beroep,Bloedgroep...: Niet bepaald, Niet bepaald Niet bepaald
Mutualiteit.........: Gerechtigde, Titularis: WEINGARTEN ISRAEL, Erk.
Mut.:
                     : Pers. Nr.: , Type verz.:
                     : Verzeker.: , Verz. regnr.: , Start:   / /
Stop:    / /
Behandelende artsen.: ,
GMD.................: Niet ingeschreven
Email,URL,Taal pat..: , , Niet gekend


Consultatiegegevens:
--------------------
12/10/1999 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: infection genito-urinaire
09/09/1999 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: infection plante du pied g  mixte
02/12/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: ptt cyste  penis


01/12/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: Onbekwaam om te werken wegens ziekte van 27/11/98 tot
en met 01/12/98.
06/05/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: echo=26cm3  deform adenomateuse
30/04/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: est bcp mieux sous andractim:mais pfs  ennuis  de
retention prostatique
                  Verwijzing naar radioloog voor : kleine bekken
02/04/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: ablation lentigo
12/01/1998 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: hypogonadisme
17/12/1997 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: eczema infectÇ supra pubien
05/09/1996 00:00 - Aard: Raadpleging - Reden:
    Algemeen....: infection extrem pt doigt: dalacin
```

04/07/1995 00:00 – Aard: Raadpleging – Reden:
  Algemeen....: perte de sg par voie anale: hemmorroides

                echo:abdomen nl prostate= 14cm3

                a faire coloscopie

Voorgeschreven medicatie: (Opgelet, bepaalde gegevens uit deze lijst
komen ook voor in de consultatielijst)
------------------------
09/09/1999: 1 x LOTRIDERM, Cräme 1 x 30 g, 1 toepassing 2 x per 1 dag
17/12/1997: 1 x ISO-BETADINE DERMICUM, Oplossing 1 x 125 ml, * *** *
***** * ***

Laboresultaten:
--------------
13/10/1999: Ref.: 991013.161, Status: Volledig
    URINEONDERZOEK
    Urine
    Ur./microsc. onderz.
    ur/rbc                        negatief
    ur/wbc                        negatief
    ur/kristallen                 calciumoxalaat +
    ur/cylinders                  negatief
    ur/epitheelcel                Mucus ++
    gramkleuring
    identifikatie
04/05/1998: Ref.: 55196, Status: Onvolledig

| | | | | |
|---|---|---|---|---|
| HEMATOLOGIE | | | | |
| Bezinking na 1 uur | 3 | mm | | 0 |
| 25 | | | | |
| Hemoglobine | 15,5 | g/dl | | |
| 13,5      17,5 | | | | 41 |
| Hematocriet | 47 | % | | |
| 53 | | | | |
| Rode bloedcellen | 5,23 | milj./mm3 | | |
| 4,50      5,90 | | | | 80 |
| MCV | 89 | fl | | |
| 100 | | | | |
| MCH | 30 | pg | | 27 |
| 34 | | | | |
| MCHC | 33 | g/dl | | 31 |
| 37 | | | | |
| Witte bloedcellen | 6030 | /mm3 | | |
| 4000      10000 | | | | |
| Formule | | | | |
| Segmenten | 66,4 | % | | |
| 40,0      75,0 | | | | |
| Lymfocyten | 26,5 | % | | |
| 20,0      45,0 | | | | |

| Test | | Value | Unit | |
|---|---|---|---|---|
| Monocyten | | 5,8 | % | |
| 2,0 | 10,0 | | | |
| Eosinofielen | | 1,0 | % | |
| 1,0 | 6,0 | | | |
| Basofielen | | 0,3 | % | |
| 0,0 | 1,0 | | | |
| Trombocyten | | 260 | 1000/mm3 | |
| 150 | 400 | | | |
| IMMUNOLOGIE | | | | |
| Inflammatie | | | | |
| CRP | | <1,0 | mg/dl | |
| 1,0 | | | | |
| BIOCHEMIE | | | | 70 |
| Glucose | | 95 | mg/dl | |
| 110 | | 28,1 | mg/dl | |
| ureum | | | | |
| 50,1 | | 0,97 | mg/dl | |
| creatinine | | | | |
| 0,70 | 1,30 | 5,3 | mg/dl | |
| urinezuur | | | | 65 |
| 3,5 | 7,2 | 66 | mcg/dl | |
| IJzer | | | | 25 |
| 175 | | 86 | ng/ml | |
| ferritine | | | | |
| 400 | | 8,0 | g/dl | |
| totaal eiwit | | | | |
| 6,4 | 8,3 | | | |
| Eiwit Electroforese | | | | |
| Albumine | | 58,2 | % | |
| 47,0 | 69,0 | 2,4 | % | |
| Alfa-1-Globulines | | | | |
| 1,4 | 4,7 | 8,0 | % | |
| Alfa-2-Globulines | | | | |
| 8,0 | 14,0 | 15,0 | % | |
| Beta- Globulines | | | | |
| 9,0 | 18,0 | 16,3 | % | |
| Gamma- Globulines | | | | |
| 10,0 | 21,0 | + 231 | mg/dl | |
| cholesterol | | | | 40 |
| 130 | 200 | 123 | mg/dl | |
| triglyceriden | | | | 35 |
| 160 | | 39 | mg/dl | |
| HDL-cholesterol | | + 167 | mg/dl | |
| LDL-cholesterol | | | | |
| 155 | | + 1,60 | mg/dl | |
| Bilirubine totaal | | | | |
| 0,10 | 1,30 | + 0,48 | mg/dl | |
| Bilirubine direct | | | | |
| 0,00 | 0,40 | 16 | E/l | |
| GOT (AST) | | | | |

37
  GPT (ALT)                                    22        E/l
38
  Gamma—GT                                     32        E/l
50
  Alkalische fosfatase                        163        E/l
280
  Amylase                                      41        E/l
96                                                                        7
  Lipase                                       19        E/l
60                                                                        84
  Calcium                                     100        mg/l
102
  Fosfor                                      3,3        mg/dl
2,7        4,5
  HORMONOLOGIE
  FT4                                        17,8        pmol/l
11,5       23,2
  FT3                                 Niet uitgevoerd : overige
schildkliertesten
  FT3                                 zijn normaal (RIZIV beperking)
  TSH                                        4,00        mIE/l
0,35       5,50
  Testosteron                                5,40        ng/ml
  Testost.bind.globuline                       28        nmol/l               16
52
  Dihydrotestosteron                         0,31        ng/ml
0,25       1,20
  Androstenedion                              112        ng/dl               80
280
  DHEA—Sulfaat                                112        mcg/dl              80
560
  TUMORMARKERS
  Prost.spec.antigen                          1,6        ng/ml
0,0        2,5
26/06/1995: Ref.: 328837, Status: Volledig
  Urine
  Glucose                             Negatief  mg/dl                        0
30
  Eiwit                               Negatief  g/l
0,15
  Microscopie                         WBC 0 tot 1 per veld
  Microscopie                         RBC 1 tot 3 per veld
  Microscopie                         Epitheelcellen zelden
  Microscopie                         Urinezuurkristallen +
  Microscopie                         Mucus ++
  Bacterieel onderzoek                Geen bacterien waargenomen
  Cultuur                             negatief
  antibiogram                         Niet uitgevoerd
26/06/1995: Ref.: 328812, Status: Volledig

```
HEMATOLOGIE
Bezinking na 1 uur              18          mm                      0
20
Hemoglobine                    14,5         g/dl
13,5        17,5
Hematocriet                    43           %                      41
53
Rode bloedcellen               4,94         milj./mm3
4,50        5,90
MCV                            88           fl                     80
100
MCH                            29           pg                     27
34
MCHC                           33           g/dl                   31
37
Witte bloedcellen              7220         /mm3
4000        10000
Formule
Segmenten                      57,8         %
40,0        75,0
Lymfocyten                     31,6         %
20,0        45,0
Monocyten                      5,3          %
2,0         10,0
Eosinofielen                   4,6          %
1,0         6,0
Basofielen                     0,7          %
0,0         1,0
Trombocyten                    238          1000/mm3
150         400
Bloedbeeld                     Enkele reuzetrombocyten
IMMUNOLOGIE
Inflammatie
CRP                            <1,0         mg/dl
1,0
Bacteriele antistoffen
ASLO                           218          IE/ml                  0
350
Virale antistoffen
Hepat.Bs Ag (RIA)              Negatief                    Neg.
Hepat.A AL (EIA)               Positief                    Neg.
BIOCHEMIE
Glucose                        100          mg/dl                  70
110
ureum                          15,0         mg/dl BUN
23,4
creatinine                     1,15         mg/dl
0,70        1,30
urinezuur                      5,8          mg/dl
3,4         8,2
```

```
    IJzer                        -  54         mg/dl                65
175
    ferritine                      128         ng/ml                25
400
    cholesterol                    196         mg/dl
130        200
    Bilirubine totaal              0,8         mg/dl
0,1        1,3
    Bilirubine direct              0,2         mg/dl
0,0        0,4
    GOT (AST)                      9           E/l
18
    GPT (ALT)                      18          E/l
22
    Gamma-GT                     +  36         E/l
28
    Alkalische fosfatase           129         E/l
180
    LAP                            16          E/l                  11
35
    LDH                            158         E/l
240
    HORMONOLOGIE
    T3-Ru                          28,2        %
25,5       34,4
    T4                             8,8         mcg/dl
4,8        12,8
    FTI                            2,5
1,2        4,4
    TSH                            3,65        mIE/l
0,10       4,10
    TUMORMARKERS
    Prost.spec.antigen             0,8         ng/ml
0,0        4,0
23/06/1995: Ref.: 327617, Status: Volledig
    Urine
    Glucose                        Negatief  mg/dl                  0
30
    Eiwit                          Negatief  g/l
0,15
    Microscopie                    WBC 1 tot 3 per veld
    Microscopie                    RBC 25 tot 30 per veld
    Microscopie                    Epitheelcellen zelden
    Microscopie                    Mucus ++
    Bacterieel onderzoek           Geen bacterien waargenomen
    Cultuur                        negatief
    antibiogram                    Niet uitgevoerd

*EINDE
PATIENTDOSSIER#################################################
```

```
#EINDE
DOSSIEREXPORT#############################################
```

# ENGLISH TRANSLATION

BEGIN FILE EXPORT####################################################

*BEGIN PATIENT FILE*********************************************

Administrative information:

------------------------

File ID: ID  0000000003969,  File: 4501, Code: , SIS Card number:

Patient's name:          WEINGARTEN ISRAEL

Address:                        BELGIELEI 75A, 2018 ANTWERP 1, Belgium

Second address:

Phone; Fax; Cell phone :

Gender, date of birth, location: Male, 02/24/1950,

Family relationship:

Profession, blood group: Undefined, undefined

Health Insurance group: Entitled party ,  Beneficiary: WEINGARTEN ISRAEL, Recognized health insurance group:

                  : Personal number, Type of insurance.:

                  : Insurance co.,  insured registration number: , Start:  /  /   Stop:  /  /

Treating physicians:

GMD.................: Not registered

Email,URL,Language: , Unknown


Consultation data:

------------------

10/12/1999 00:00 - Type: Consultation - Reason:

   General: Genital-urinary infection

09/09/1999 00:00 - Type: Consultation - Reason:

   General : infection on bottom of left foot, mixed

12/02/1998 00:00 – Type: Consultation - Reason:

   General: small cyst on penis

1

12/01/1998 00:00 - Type: Consultation - Reason:

General...: Unfit to work due to illness from 11/27/98 through 12/01/98.

05/06/1998 00:00 - Type: Consultation - Reason:

General....: Echo=26cm3 adenomatous deformity

04/30/1998 00:00 - Type: Consultation - Reason:

General: feels much better with andractim, but sometimes prostatic retention problems

Referral to radiologist for : small pelvis

04/02/1998 00:00 - Type: Consultation - Reason:

General: lentigo ablation

01/12/1998 00:00 – Type: Consultation - Reason:

General: hypogonadism

12/17/1997 00:00 - Type: Consultation - Reason:

General: eczema infection, supra pubic area

09/05/1996 00:00 - Type: Consultation - Reason:

General: infection at end of small finger: dalacin

07/04/1995 00:00 – Type : Consultation - Reason:

General: loss of blood through anus: hemorrhoids

echo: abdomen nl prostate= 14cm3

perform colonoscopy


Prescribed medication: (Watch out ! Some data on this list also appear in the consultation list)

-----------------------

09/09/1999: 1 x LOTRIDERM, Cream 1 x 30 g, 1 apply 2 x per day

12/17/1997: 1 x ISO-BETADINE DERMICUM, Solution 1 x 125 ml, * *** * ***** * ***


Lab results:

2

--------------

10/13/1999: Ref.: 991013.161, Status: Complete

URINE ANALYSIS

Ur./microscopic analysis
ur/rbc                negative
ur/wbc                negative
ur/crystals           calcium oxalate +
ur/cylinders          negative
ur/epithelial cell     Mucus ++
gram coloring
identification
05/04/1998: Ref.: 55196, Status: Incomplete

HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Sedimentation after 1 hour | 3 | mm | 0 | 25 |
| Hemoglobin | 15,5 | g/dl | 13,5 | 17,5 |
| Hematocrit | 47 | % | 41 | 53 |
| Red blood cells | 5,23 | million/mm3 | 4,50 | 5,90 |
| MCV | 89 | fl | 80 | 100 |
| MCH | 30 | pg | 27 | 34 |
| MCHC | 33 | g/dl | 31 | 37 |
| White blood cells | 6030 | /mm3 | 4000 | 10000 |
| Formula | | | | |
| Segments | 66,4 | % | 40,0 | 75,0 |
| Lymphocytes | 26,5 | % | 20,0 | 45,0 |
| Monocytes | 5,8 | % | 2,0 | 10,0 |
| Eosinophils | 1,0 | % | 1,0 | 6,0 |
| Basophils | 0,3 | % | 0,0 | 1,0 |
| Thrombocytes/platelets | 260 | 1000/mm3 | 150 | 400 |
| IMMUNOLOGY | | | | |
| Inflammation | | | | |
| CRP | <1,0 | mg/dl | 1,0 | |

3

BIOCHEMISTRY

| | | | | |
|---|---|---|---|---|
| Glucose | 95 | mg/dl | 70 | 110 |
| Urea | 28,1 | mg/dl | 50,1 | |
| Creatinine | 0,97 | mg/dl | 0,70 | 1,30 |
| Uric acid | 5,3 | mg/dl | 3,5 | 7,2 |
| Iron | 66 | mcg/dl | 65 | 175 |
| Ferritin | 86 | ng/ml | 25 | 400 |
| Total protein | 8,0 | g/dl | 6,4 | 8,3 |
| Protein electrophoresis | | | | |
| Albumin | 58,2 | % | 47,0 | 69,0 |
| Alpha-1-Globulins | 2,4 | % | 1,4 | 4,7 |
| Alpha-2-Globulins | 8,0 | % | 8,0 | 14,0 |
| Beta- Globulins | 15,0 | % | 9,0 | 18,0 |
| Gamma- Globulins | 16,3 | % | 10,0 | 21,0 |
| Cholesterol | + 231 | mg/dl | 130 | 200 |
| Triglycerides | 123 | mg/dl | 40 | 160 |
| HDL-cholesterol | 39 | mg/dl | 35 | |
| LDL-cholesterol | + 167 | mg/dl | | 155 |
| Bilirubin total | + 1,60 | mg/dl | 0,10 | 1,30 |
| Bilirubin direct | + 0,48 | mg/dl | 0,00 | 0,40 |
| GOT (AST) | 16 | E/l | | 37 |
| GPT (ALT) | 22 | E/l | | 38 |
| Gamma-GT | 32 | E/l | | 50 |
| Alkaline phosphatase | 163 | E/l | | 280 |
| Amylase | 41 | E/l | | 96 |
| Lipase | 19 | E/l | 7 | 60 |
| Calcium | 100 | mg/l | 84 | 102 |

4

| Phosphorus | 3,3 | mg/dl | 2,7 | 4,5 |
|---|---|---|---|---|

HORMONOLOGY

| FT4 | 17,8 | pmol/l | 11,5 | 23,2 |
|---|---|---|---|---|
| FT3 | | not performed : other thyroid gland tests | | |
| FT3 | | are normal (RIZIV = Belgian Sickness and Invalidity Institute limitation) | | |
| TSH | 4,00 | mIE/l | 0,35 | 5,50 |
| Testosterone | 5,40 | ng/ml | | |
| Testost.bind.globulin | 28 | nmol/l | 16 | 52 |
| Dihydrotestosterone | 0,31 | ng/ml | 0,25 | 1,20 |
| Androstenedione | 112 | ng/dl | 80 | 280 |
| DHEA-Sulphate | 112 | mcg/dl | 80 | 560 |

TUMOR MARKERS

| Prost.spec.antigen | 1,6 | ng/ml | 0,0 | 2,5 |
|---|---|---|---|---|

06/26/1995: Ref.: 328837, Status: complete

Urine

| Glucose | Negative | mg/dl | 0 | 30 |
|---|---|---|---|---|
| Protein | Negative | g/l | | 0,15 |
| Microscopy | WBC 0 to 1 per field | | | |
| Microscopy | RBC 1 to 3 per field | | | |
| Microscopy | Epithelial cells seldom | | | |
| Microscopy | Uric acid  crystals + | | | |
| Microscopy | Mucus ++ | | | |
| Bacterial investigation | No bacteria have been observed | | | |
| Culture | negative | | | |
| Antibiogram | Not performed | | | |

06/26/1995: Ref.: 328812, Status: Complete

HEMATOLOGY

| Sedimentation after 1 hour | 18 | mm | 0 | 20 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Hemoglobin | 14,5 | g/dl | 13,5 | 17,5 |
| Hematocrit | 43 | % | 41 | 53 |
| Red blood cells | 4,94 | million/mm3 | 4,50 | 5,90 |
| MCV | 88 | fl | 80 | 100 |
| MCH | 29 | pg | 27 | 34 |
| MCHC | 33 | g/dl | 31 | 37 |
| White blood cells | 7220 | /mm3 | 4000 | 10000 |
| Formula | | | | |
| Segments | 57,8 | % | 40,0 | 75,0 |
| Lymphocytes | 31,6 | % | 20,0 | 45,0 |
| Monocytes | 5,3 | % | 2,0 | 10,0 |
| Eosinophils | 4,6 | % | 1,0 | 6,0 |
| Basophils | 0,7 | % | 0,0 | 1,0 |
| Thrombocytes/platelets | 238 | 1000/mm3 | 150 | 400 |
| Blood image | Some gigantic thrombocytes | | | |
| IMMUNOLOGY | | | | |
| Inflammation | | | | |
| CRP | <1,0 | mg/dl | 1,0 | |
| Bacterial antibodies | | | | |
| ASLO | 218 | IE/ml | 0 | 350 |
| Viral antibodies | | | | |
| Hepat.Bs Ag (RIA) | Negative | Neg. | | |
| Hepat.A AL (EIA) | Positive | Neg. | | |
| BIOCHEMISTRY | | | | |
| Glucose | 100 | mg/dl | 70 | 110 |
| Urea | 15,0 | mg/dl BUN | | 23,4 |
| Creatinine | 1,15 | mg/dl | 0,70 | 1,30 |

6

| | | | | |
|---|---|---|---|---|
| Uric acid | 5,8 | mg/dl | 3,4 | 8,2 |
| Iron | - 54 | mg/dl | 65 | 175 |
| Ferritin | 128 | ng/ml | 25 | 400 |
| Cholesterol | 196 | mg/dl | 130 | 200 |
| Bilirubin total | 0,8 | mg/dl | 0,1 | 1,3 |
| Bilirubin direct | 0,2 | mg/dl | 0,0 | 0,4 |
| GOT (AST) | 9 | E/l | | 18 |
| GPT (ALT) | 18 | E/l | | 22 |
| Gamma-GT | + 36 | E/l | | 28 |
| Alkaline phosphatase | 129 | E/l | | 180 |
| LAP | 16 | E/l | 11 | 35 |
| LDH | 158 | E/l | | 240 |

HORMONOLOGY

| | | | | |
|---|---|---|---|---|
| T3-Ru | 28,2 | % | 25,5 | 34,4 |
| T4 | 8,8 | mcg/dl | 4,8 | 12,8 |
| FTI | 2,5 | | 1,2 | 4,4 |
| TSH | 3,65 | mIE/l | 0,10 | 4,10 |

TUMOR MARKERS

| | | | | |
|---|---|---|---|---|
| Prost.spec.antigen | 0,8 | ng/ml | 0,0 | 4,0 |

06/23/1995: Ref.: 327617, Status: Complete

Urine

| | | | |
|---|---|---|---|
| Glucose | Negative mg/dl | 0 | 30 |
| Protein | Negative  g/l | | 0,15 |
| Microscopy | WBC 1 to 3 per field | | |
| Microscopy | RBC 25 to 30 per field | | |
| Microscopy | Epithelial cells seldom | | |
| Microscopy | Mucus ++ | | |

Bacterial investigation          No bacteria were observed

Culture                           Negative

Antibiogram                      Not performed


*END OF PATIENT FILE##############################################

#END OF FILE EXPORT##############################################