# EXHIBIT 48

| | |
|---|---|
| Mother: | Are you still wearing your housecoat with the slippers? |
| Leah: | Yes. |
| Mother: | What's with your things? Do you think there isn't an uproar there in the seminary? |
| Leah: | I don't have anything. |
| Mother: | There's a commotion in the seminary. |
| Leah: | What should I do? |
| Mother: | Oh – crazy parents came to hit, it's very nice to say, it's very nice to say. |
| Leah: | Mommy, if you let me a little bit more, let me finish the year. |
| Mother: | What do you mean finish the year, did I come to snatch you away? What are you talking now snatching away? We came to visit you, you come, make such a scandal. |
| Leah: | And why can't let me alone? |
| Mother: | When parents come visiting you, aren't you ashamed to behave this way? Who told you that I'm coming to take you? |
| Leah: | That is what was. |
| Mother: | I just told you these words, soft words, I want to see you at home, I enjoy seeing you at home, I want a whole home. |
| Leah: | But he said that he is going to drag me by all forcibility, that is what he said in English |
| Mother: | Who? To whom? |
| Leah: | [inaudible] |
| Mother: | You infuriated him, you uttered obscene terms. You say – against the police you say "right mommy, so and so? Right mommy, he hit me here and there?" Are you a normal person? Which father wouldn't become angry? You shamed him there against the filthy gentiles. |
| Leah: | He wasn't there, he wasn't there. |
| Mother: | He was there, moreover [inaudible] you told him you will burn him in fire, you told him. |
| Leah: | I said I will burn myself in fire rather than see him. |
| Mother: | That is what you said, you said these words. |
| Leah: | I said [inaudible] |
| Mother: | You're impressed from the filthy gentiles, from a father you aren't? |
| Leah: | What? |
| Mother: | Look at what an image you're having, from a father who stands there with a beard and side locks, a holy person you aren't impressed, and from some filthy gentiles, outright murderers, from them you're impressed, you're telling them all the histories and stuff, I heard there behind the door I almost fainted. |
| Leah: | What? |
| Mother: | I almost fainted - what I heard there behind the door. |
| Leah: | What did you hear? |
| Mother: | Constant talking, constant. I didn't understand, I heard – I – I mean I didn't understand everything, everything, but I heard. |
| Leah: | What did you understand? |
| Mother: | I just heard your whimpering, It was unbearable. |
| Leah: | You know that I can't be with him. |
| Mother: | And if I want to come see you, let's assume I want to come to snatch you, does that justify such acts? |
| Leah: | You, I'm okay seeing you. |
| Mother: | You, what do I have out of me? I don't have anything when I am alone. You say the word 'you alone' it stabs my heart, as if I were – I am going to be a widow, I am going to be an abandoned woman, what am I going to be? Say the word alone I don't even want to hear it, I suffered enough I don't want to hear it. Soon you'll say that I'm speaking so wisely, daddy introduced a lot of wisdom in my thinking. |

# EXHIBIT 49



We thank god, we are all alive!

# EXHIBIT 50

| 1. Agency | | 2. Division/Precinct | New York State | 3. ORI | 4. ☐ Orig ☐ Supp | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|---|
| Town Of Ramapo PD | | 1/TR | INCIDENT REPORT | NY   0435300 | | 02-9147 | |

| 7a.Report Day | 8. Date | 9. Report Time | Occurred On/From: | 10 Day | 11. Date | 12.Time | Occurred To: | 13 Day | 14 Date | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|
| Mon | 3 \| 11 \| 02 | 1115 | | FRI | 3 \| 8 \| 02 | 1400 | | | | |

**INCIDENT**

| 16. Incident Type | 17. Business Name | 18. Weapon(s) |
|---|---|---|
| Reported Sexual Abuse | | |

| 19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.) | 20. City, State, Zip ☐ C ☐ T ☐ V) | 21. Location Code |
|---|---|---|
| 15 Old Nyack Tpk | Monsey NY 10952 | 4453 |

| 22. OFF. NO. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 130.60 | 1 | A | M | 2 | 0 | Sexual Abuse 2nd | 1 | 1 |
| 2 | | | | | | | | | | 24. No. of Suspects |
| 3 | | | | | | | | | | 1 |

**ASSOCIATED PERSONS**

| 25 Person Type:CO = Complainant OT = Other PI = Person Interviewed PR = Person Reporting WI = Witness NI = Not Interviewed VI = Victim | | | 26.Victim also complainant ☐ Y ☐ N |
|---|---|---|---|
| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of Birth | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | Telephone No. |

| TYPE/NO | NAME | Date of Birth | STREET | Telephone No. |
|---|---|---|---|---|
| CO | Dunn Gregory | | Ramapo Police Dept. 237 Rt 59 Suffern | 357-2400 |

**VICTIM**

| 27. Date of Birth | 28. Age | 29. Sex ☐ M ☐ F | 30 Race ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | 31. Ethnic ☐ Hispanic ☐ Unk. ☐ Non-Hispanic | 32. Handicap ☐ Yes ☐ No | 33 Residence Status ☐ Resident ☐ Commuter | ☐ Temp. Res. ☐ Foreign Nat. ☐ Tourist ☐ Student ☐ Other ☐ Military ☐ Homeless ☐ Unk. |
|---|---|---|---|---|---|---|---|

**SUSPECT/ARRESTED PERSON**   **MISSING/ARRESTED PERSON**

| 34.Type/No | 35. Name (Last, First, Middle) | 36. Alias/Nickname/Maiden Name (Last, First, Middle) | 37. Apparent Condition ☐ Impaired Drugs ☐ Mental Dis ☐ Unk. ☐ Impaired Alco ☐ Inf./ Ill ☐ App Norm |
|---|---|---|---|
| S | Weingarten Israel | | |

| 38. Address (Street No., Street Name, Bldg No., Apt. No., City, State, Zip) | 39. Phone No. | 40. Social Security No. |
|---|---|---|
| 15 Old Nyack Tpk. Monsey NY 10952 | 426-1576   ☐ Home ☐ Work | |

| 41. Date of Birth | 42 Age | 43. Sex ☑ M ☐ F ☐ U | 44. Race ☑ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | 45. Ethnic ☐ Hispanic ☐ Unk. ☑ Non-Hispanic | 46 Skin ☐ Light ☐ Dark ☐ Unk. ☐ Medium ☐ Other | 47. Occupation |
|---|---|---|---|---|---|---|
| 2 \| 24 \| 50 | 52 | | | | | |

| 48. Height | 49. Weight | 50 Hair | 51 Eyes | 52 Glasses ☐ Yes ☐ Contacts ☐ No | 53 Build ☐ Small ☐ Large ☑ Medium | 54 Employer/School | 55 Address |
|---|---|---|---|---|---|---|---|
| 5 \| 6 | 150 | GY | BR | | | | |

| 56. Scar/ Marks/Tattoos (Describe) | 57. Misc. |
|---|---|
| | |

**PROPERTY**

| 58. Victim or Suspect No. | Property Status | Property Type | Quantity/ Measure | Make or Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**VEHICLE**

| 59. Vehicle Status | 60. License Plate No | Full ☐ Partial ☐ | 61 State | 62 Exp Yr | 63. Plate Type | 64 Value |
|---|---|---|---|---|---|---|
| 65. Veh. Yr. | 66. Make | | | | 68. Style | 69 VIN |
| 70. Color(s) | 71. Towed By To | | | | 72 Vehicle Notes | |

**NARRATIVE**

73.
Undersigned received an annonymous report from a member of the Monsey Jewish community that the suspect Israel Weingarten has been sexually abusing his daughter Sarah age 16 for the past year.  Reporter indicated that Sarah has not been allowed to attend school recently.  Reporter did not have any more specific details but stated that this suspect has been investigated for similiar incidents in the past. I spoke with Rockland County CPS Inv. Barbara Conklin and advised her of same. Conklin advised that she would research the information.

Cont.

**ADMINISTRATIVE**

| 74. Inquiries (Check all that apply) ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 75 NYSPIN Message No | 76. Complainant Signature | B use cover sheet |
|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) Det. Greg Dunn | 78 ID No 1012 | 79. Supervisor's Signature (Include Rank) | 80. ID No | 84. |
| 81. Status ☐ Open ☐ Closed (If Closed, check box below) ☐ Unfounded ☐ Vict. Refused to Coop ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised ☐ CBI ☐ Juv.-No Custody ☐ Arrest-Juv ☐ Offender Dead ☐ Extrad. Declin ☐ Unknown | | | 82. Status Date | 83. Notified/TOT | Page of Pages |

DCJS-3205 (2/97)   *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

 **Bais Esther School for Girls**

89 South Main Street       Spring Valley, NY 10977       845.425.1229

Attention Mrs. Jennifer Heller,

This is to certify that Sara Weingarten in the Eleventh grade has constant contact with our school.  The girls, her classmates, send her the work regularly.  She does the work with them.  The parents are very cooperative.

Thank you for your concern!

Sincerely,

Rabbi Deutcsh

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

| CASE ID: | 20874854 | INVESTIGATION STAGE  ID: | 21732078 |
| CASE NAME: | Weingarden,Faige | INVESTIGATION STAGE NAME: | Weingarden,Faige |
| | | INTAKE REPORT DATE: | 3/11/2002 |

*NOTES*

|  |  |  |  |
|---|---|---|---|
| | | family speaks Yiddish.  Source reported that the above information came from an anonymous individual. | |
| | | T/C with Source<br>Source stated an individual came to the police dept. to report what is going on in the Weingarden household. | |
| 3/14/02 | 3/14/02 | H/V with Ramapo Police Det. Dunn and Det. Graham<br>CW spoke with Faigy and Sarah.<br>CW and Dets interviewed Sarah regarding reports of possible abuse occurring to by her father, Israel.  Sarah stated that she has not been the victim of any abuse.  Srah stated her father does not touch in an inappropriately manner.  Sarah was able to identify the names of her body parts.  Srah stated she has been out of school for the last 9 weeks because she has been diagnosed with Lyme Disease and is being treated by Dr. Lesly Ann Fein.<br>Dr. Fein 973-575-0338<br>Sarah showed the Cw a letter from Dr. Fein to her school that she should be on bed rest and home schooling.<br><br>CW attempted to speak with Faigy about the reports of DV.  Faigy advised the CW she has difficulty understanding English.  Faigy agreed for the CW to come back with an interpreter. | JH |
| 3/15/02 | 3/15/02 | T/C from Dr. Fein<br>Dr. Fein wants to speak with the Cw before she puts anything in writing. | |
| 3/18/02 | 3/18/02 | H/V with Ramapo Police Det. Dunn and Det. Graham<br>Interpreter Rachel Elewitz<br>CW interviewed Israel.  CW explained allegations in SCR report.  Israel stated that he has been the victim of false reports of this type for many years.  Israel advised his wife's family started these types of rumors because they do not like him within the family.  Israel stated these problems have existed for many years and started back in Israel.<br> Israel stated that he has been having Domestic problems with his wife Faigy for many years and that she is the one that has been  emotionally abuse to the children.<br><br>CW interviewed Sarah for the 2nd time.<br>Sarah stated that her father does not abuse her in any way.<br>Sarah stated her father does not help take her medical needs.  Sarah stated her mother refuses to take her to the doctor.  Sara stated her father takes off work to bring her to the doctor.<br> Sarah stated that her mother is abuse verbally and has on occasion slapped her in the face and had pinched her arms.<br>Sarah stated that the reports of abuse by her father are not true and that her mother's family has been threatening her father for years.<br>Sarah stated that her mother recently left the household and left the family with the father for weeks.<br><br>CW interviewed Goldie.  Goldie gave the same story regarding the reports.  Goldie | JH |

CONNECTIONS
CHILD PROTECTIVE
RECORD SUMMARY

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE ID:        20874854
CASE NAME:   Weingarden,Faige

INVESTIGATION STAGE ID:          21732078
INVESTIGATION STAGE NAME:   Weingarden,Faige
INTAKE REPORT DATE:                 3/11/2002

NOTES

| | | | |
|---|---|---|---|
| 3/20/02 | 3/20/02 | stated that her mother is abuse towards her father. Goldie stated her mother has slapped her face and pinched her arms. Goldie was able to identify her body parts. Goldie stated that at no time has her father touched her sexually, physically or inappropriately.<br><br>Regarding the incident on 3/10/02 whereas Israel was arrested at his residence regarding an altercation with his wife's sister family. Both Sarah and Goldie stated that their father did not initiate the dispute that Haya Brandmark and her son came to their residence and threatened their father and the children. Israel stated these problems have existed for many years and started back in Israel.<br><br>CW interviewed Joel<br>Joel stated that his father has never abused him. Joel stated that his mother has been verbally and physically abuse to the family.<br><br>All the children interviewed stated that they would rather live with their father if the situation ever occurred. The children also asked the CW not to tell their mother what they had stated because they do not want her to know. The children appeared to be appropriately dressed. The children appeared to have no visible marks or bruises. The house appeared to be free of visible safety hazards.<br>H/V to Haya Brandmark<br>24 Francis Place, Monsey with Ramapo Police Det.Dunn<br>Haya stated she went to her sister's house on 3/10/02 to visit with Faigy. Haya stated she brought she son Yakov, and daughters Frimy and Samuel Brankmark and daughter in law Etta.<br>Haya stated Israel came home and a fight began. Haya stated Israel pushed them out of the house. Haya stated when she was standing out of the house she realized Yakov was inside with Israel. Haya stated Samuel told Israel to let Yakov out. Haya stated Samuel then began banging the glass door. A few seconds later Israel let Yakov out. Haya stated Samuel began to physically fight with Samuel. Haya stated she does not know who called the police but Israel was arrested.<br><br>CW and Det have been advised that Haya had knowledge of the abuse at the Weingarden Household. Haya reported that she knew of the abuse occurring by Israel but had no specific facts or incidents. Haya stated that her sister Faigy is attempting to obtain a divorce from Israel through a Rabbinical court.<br><br>T/C to Etta, Frimy and Samuel 718-388-3262<br>CW left message | JH |
| 4/5/02 | 4/5/02 | T/C to Dr. Fein<br>Cw left message with answering service.<br><br>H/V with Det Dunn<br>Interpreter Paula Ross<br>Faigy advised the Cw that her husband Israel in no way abuses the children sexually or physically. Faigy stated some of her family and other members of the community are making the allegations because they do not like Israel. Faigy stated that she and her husband are having domestic problems but is not violent in nature and is being delta within the community. CW offered preventive services. | JH |

Date Printed: 5/7/2002

Page:

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE ID:        20874854
CASE NAME:   Weingarden,Faige

INVESTIGATION STAGE  ID:        21732078
INVESTIGATION STAGE NAME:    Weingarden,Faige
INTAKE REPORT DATE:              3/11/2002

**NOTES**

| | | | |
|---|---|---|---|
| | | Cw gave Faigy RC Family Shelter telephone number. | |
| | | CW interviewed Samuel, Jacob and Shandiel. Shadiel would not speak with the CW. Samuel and Jacob stated their father does not hit them. Samuel and Jacob stated their mother has pinched them when they do something wrong. | |
| | | The children appeared to be appropriately dressed. The children appeared to be appropriately dressed. The house appeared to be free of safety hazards. | |
| 4/8/02 | 4/8/02 | T/C to Dr. Fein<br>Cw left message with answering service. | JH |
| | | H/V to Old Nyack Turnpike<br>No one home | |
| 4/22/02 | 4/22/02 | H/V to Israel Weingarten<br>No one Home. | JH |
| 4/24/02 | 4/24/02 | CW sent and faxed letter to Dr. Fein requesting her to contact the CW. | JH |
| 5/1/02 | 5/1/02 | H/V Israel Weingarten<br>No one home | JH |
| 5/6/02 | 5/6/02 | H/V | JH |
| | | Sara and Joel were home with Israel and Faigy.<br>Sara stated she has been doing her homework that the school has assigned<br>Sara stated her parents have not been fighting.<br>Sara stated her mother's family has not been bothering them. | |
| | | Israel stated he will obey the O/P | |
| | | Joel and Sara appeared to be appropriately dressed and had no visible marks or bruises. The house appeared to be free of visible safety hazards. | |
| 5/7/02 | 5/7/02 | T/C from Rabbi Deutcsh  Bais Esther School for Girls.<br>The children have been attending school.<br>Sara parents' are cooperating with home schooling for Sara<br>Initial Report<br>Case# 20874854<br>Cw was unable to substantiate the allegations against Israel Weingarten. Israel stated Haya and her family came to his household and got into a verbal argument. Israel stated he threw Haya and her family out the house. Israel stated he did not know Yakov was in the house. Israel stated one of Haya's family members beat him up. Sara and Joel stated they did not notice Yakov in the house. Israel states as soon as he realized Yakov was in the house he opened the door to let him out. Haya filed charges against Israel and obtained an O/p. Israel stated he has agreed to obey the O/P. the Ramapo Police Dept stated Israel did have bruises on his face when he was arrested at the dept. The children appeared to be appropriately dressed. The children appeared to have no visible marks or bruises. The households appeared to be free of visible safety hazards. At the conclusion of the investigation, the case is unfounded and closed. | |
| | | Sub Report<br>CW was unable to substantiate the allegations against Israel Weigarten. Sara stated | |

Date Printed: 5/7/2002                                          Page:                                  1

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE ID:          20874854
CASE NAME:        Weingarden,Faige

INVESTIGATION STAGE  ID:       21732078
INVESTIGATION STAGE NAME:      Weingarden,Faige
INTAKE REPORT DATE:            3/11/2002

*NOTES*

she is not scared of her father and he does not touch her in an inappropriate manner. Faigy stated she is not scared of her husband and has never observed Israel touching the children in an inappropriate manner. Joel, Goldie, Shandiel, Jacob and Samuel stated they are not scared of their father.  The children appeared to be appropriately dressed.  The children appeared to have no visible marks or bruises. The house appeared to be free of safety hazards.  The case is unfounded and closed.

Date Printed: 5/7/2002

Page:                    1

| | |
|---|---|
| CASE NAME : | Weingarden,Faige |
| CASE ID : | 20874854 |
| INTAKE STAGE ID : | 21731572 |
| INV. STAGE ID : | 21732078 |

## SAFETY ASSESSMENT

**Assessment Date:**   3/20/2002                    **Reason:**   CPS 7 day

**Selected Safety Factors:** (Behaviors or conditions that may be associated with a child being in immediate danger of serious harm)

No Safety Factors Apply

**Comments:**   The safety factors are appropriate at this time.  Sara stated she is not fearful of her father. Sara stated her father does not touch her inappropriately.

**Strengths/Mitigating Circumstances:** (Serve to reduce or offset safety concerns)

**Comments:**   Sara, Joel, Goldie and Israel stated Faigy's family.  Sara is currently on home schooling because of a illness.  Sara is under Dr. Fein's care.

**Decision :**   Safe

**Interventions**

**Comments:**   CW interviewed Sara, Joel, Goldi, Israel and Faigy.  The children stated they are not scared of their father.  The children appeared to have no visible marks or bruises.  The children appeared to be approrpiately dressed.  the house appeared to be free of safety hazards.  CPS investigation to continue.

Printed: May    07, 2002

| | |
|---|---|
| CASE NAME : | Weingarden,Faige |
| CASE ID : | 20874854 |
| INTAKE STAGE ID : | 21731572 |
| INV. STAGE ID : | 21732078 |

## SAFETY ASSESSMENT

**Assessment Date:**   5/7/2002                              **Reason:**   Inv. Determination

<u>Selected Safety Factors</u>: (Behaviors or conditions that may be associated with a child being in immediate danger of serious harm)

      No Safety Factors Apply

**Comments:**   There are no apparent safety factors at this time.  Sara stated she is not fearful of her father. Sara stated her father does not touch her inappropriately.

<u>Strengths/Mitigating Circumstances</u>: (Serve to reduce or offset safety concerns)

**Comments:**   Sara is currently on home schooling because of a illness.  Sra is under Dr. fein's care.  CW attempted to contact Dr. Fein many times by telephone, mail and fax but Dr. Fein failed to contact the CW. Rabbi Deutcsh stated Sara and her parents are cooperating with home schooling.

<u>Decision :</u>    Safe

<u>Interventions</u>

**Comments:**   Cw was unable to substantiate the allegations against Israel.  Sara stated she is not scared of her father and he does not touch her inappropriate manner.  Faigy stated she is not scared of her husbnad and has never observed Israel touching the children in a inappropriate manner.  Joel, Goldi, Shandiel, Jacob and Samuel stated they are not scared of their father.  The children appeared to be appropriately dressed. The children appeared  to have no visible marks or bruises.  The house appeared to be free of safety hazards.  The case is unfounded and closed.

Printed: May      07, 2002

| | |
|---|---|
| CASE NAME : | Weingarden,Faige |
| CASE ID : | 20929603 |
| INTAKE STAGE ID : | 21833101 |
| INV. STAGE ID : | 21834688 |

## SAFETY ASSESSMENT

**Assessment Date:**    6/11/2002              **Reason:**    CPS 7 day

**Selected Safety Factors:** (Behaviors or conditions that may be associated with a child being in immediate danger of serious harm)

     No Safety Factors Apply

**Comments:**   There are no safety at this time.  sara stated her mother ran away. Sara stated her mother calls but will not stated where she is living.  Israel stated Faige ran away because she wants a divorce. Israel stated she is residing with Ms. Klien but they will not cooperate with CPS.

**Strengths/Mitigating Circumstances:** (Serve to reduce or offset safety concerns)

**Comments:**   Israel stated faige ran away but will not copperate with CPS.  Cw made serveal H/V to Ms. Klein's residences.  Ms. Klein stated Faige does not live at her residence but does visit sometimes.  Ms. Klein stated she will give the message to Faige.  Sara stated her mother ran away and calls the home will not let the children know where she is living.

**Decision :**    Safe

**Interventions**

**Comments:**   Cw interviewed Israel and Sara, Cw observed Chanel Goldie, Shaneil, and Samuel.  At this time the Cw is unable to locate Faige.  CPS investigation to continue.

Printed: June    11, 2002

| | |
|---|---|
| CASE NAME : | Weingarden,Faige |
| CASE ID : | 20929603 |
| INTAKE STAGE ID : | 21833101 |
| INV. STAGE ID : | 21834688 |

## SAFETY ASSESSMENT

**Assessment Date:**    8/6/2002                          **Reason:**    Inv. Determination

Selected Safety Factors: (Behaviors or conditions that may be associated with a child being in immediate danger of serious harm)

        No Safety Factors Apply

**Comments:**   There are no safety at this time.  Sara stated her mother ran away.  Sara stated her mother is living with a friend.  Israel stated Faige ran away because he wants a divorce.  Israel stated Faige is living with Ms. Klein. but will not cooperate.  Faige stated Irael does not abuse the children phyiscally or sexually abusing the children.

Strengths/Mitigating Circumstances: (Serve to reduce or offset safety concerns)

**Comments:**   Faige stated Israel does not abuse the children.  Faige stated Israel would not hurt the children.  Faige stated she is having marital problems with Israel and their Rabbi stated she should move out of the house until they reach an agreement. Faige's Rabbi refused to speak with the CW. Faige stated Israel loves his children and would not hurt them  Faige stated her sister is callinmg false cases because her family does not like Israel.

Decision :    Safe

Interventions

**Comments:**   Cw was unable to susbtantiate the allegations against Faige and Israel Weingrden.  Faige denies any domestic violence.  CW gave Faige DV Liaison telephone.  Faige stated she is working with her Rabbi to reconcile with her husband Israel. Faige denies that Israel touches his children inappropriately. The children stated their parents yell and scream at each other but they are not sdcared when they yell.. The children stated they have not observed their father hitting their mother.   The children appeared to be appropriately dressed.  The children appeared to have no visible marks or bruises.  The house appeared to be free of safety hazards. Cps case is unfounded and closed.

Printed: August    07, 2002

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| CASE ID: | 20940241 | INVESTIGATION STAGE ID: | 21858593 |
| CASE NAME: | Weingarten,Israel | INVESTIGATION STAGE NAME: | Weingarten,Israel |
| | | INTAKE REPORT DATE: | 6/20/2002 |

*NOTES*

---

| | | |
|---|---|---|
| **PROGRESS NOTES by STAGE COVER SHEET** | CASE NAME:Israel weingarden | LOCAL DISTRICT/AGENCY USE: A39 |
| | COMPLETED BY J. Heller | |
| | AGENCY/DISTRICT RC DSS CPS | |

- Use the TAB or Arrow keys to move to the next field.

- Using the TAB key in last row will create new row.

| Event Date | Entry Date | Entry | Entered By |
|---|---|---|---|
| 6/4/02 | 6/4/02 | ***PROGRESS NOTES INCLUDES CASE# 20929603 DATED 6/4/02  AND 20940241 DATED 6/20/02***<br><br><br>Case# 20929603<br><br>Allegations in SCR Report<br>There's continued DV in the home in the presence of the children age 16, 15, 12, 5, and 4 yrs old.  During these incidents there is broken glass and objects thrown.  It is unknown if the children have been injured in any way.  BF's mental state is questionable.  As a result of parents conduct the children are placed at risk of harm.<br><br>Miscellaneous Information:  Mo left the home and is now staying with Mrs. Klein who took her in after a fight with the BF.  She is currently at 6 Landshuet Court in Monsey. NO Phone.  BF has a history of sexually abusing his 20 yr old daughter. While the family was in Belgium.  Source states that he leaving town soon and would not give demographic info.<br><br>Locating Information: Children are believed to be at school at this time unknown which school the children attend.<br><br>SCR History<br>CW checked for prior cases.<br>Unfounded cases with the same allegations.  Faige denies all allegations of DV and sex abuse by Israel weingarden.<br><br>H/V<br>CW observed Yakov, ChannahGoldie, Jacob, Samuel and Sara.<br>Sara is the only one speaks and understands English.<br>Sara stated her mother is fighting with her father.  Sara stated she never observed her father hitting her mother.  Sara stated her mother has been violent with her father; the last time was about 4 weeks ago.<br>Sara stated about 4 weeks her mother stated she was going shopping but never returned.  Sara stated the first week her mother did not call but now her mother calls | JH |

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

**CONNECTIONS**
**CHILD PROTECTIVE**
**RECORD SUMMARY**

| | |
|---|---|
| CASE ID: | 20940241 |
| CASE NAME: | Weingarten,Israel |

| | |
|---|---|
| INVESTIGATION STAGE  ID: | 21858593 |
| INVESTIGATION STAGE NAME: | Weingarten,Israel |
| INTAKE REPORT DATE: | 6/20/2002 |

*NOTES*

| | | | |
|---|---|---|---|
| | | everyday but will not tell Sara her whereabouts. Sara stated she is nervous around her mother because she yells and screams.  Sara stated she and her siblings are more relaxed at home because her mother is not living there.<br><br>H/V to Ms. Klein 5 Landshutz Ct. Monsey<br>Ms. Klein refused to speak with CW.  At first Ms. Klein stated she does not know anyone named Faige Weingarden.  CW explained to Ms. Klein that the CW was looking for Faige to make sure she was not hurt.<br>Ms. Klein stated Faige is not living at her home but does visit.  Ms. Klein stated she does not know where she is living.  Ms. Klein agreed to give Faige a message from the CW if she found Faige. | |
| 6/5/02 | 6/5/02 | H/V to Ms. Klein<br>Ms. Klein stated Faige is not there.  Ms. Klein stated she would give Faige the message that the CW needs to speak with her. | JH |
| 6/11/02 | 6/11/02 | H/V to Israel and children<br>Israel stated his wife has been calling everyday to speak with the children.  Sara stated she does not want to speak with her mother.<br>Sara stated she does not want to visit with her mother.<br>Sara stated her mother told her that she knows the CW is looking for her but will not speak with the CW.<br>The children, Yakov, Chanah-Goldie, Jacob, Samuel, Sara appeared to have no visible marks or bruises.  The children appeared to be appropriately dressed.  The house appeared to be free of safety hazards. | JH |
| 6/18/02 | 6/18/02 | H/V to Ms. Klein<br>Ms. Klein stated she gave Faige the message to call the CW.<br>Ms. Klein repeatedly stated faige does not live at her home. | JH |
| 6/20/02 | 6/20/02 | Case# 20940241<br>Case came in as initial.<br>Allegations in SCR Report.<br>Father is believed to be sexually abusing one or both of his eldest daughters ages 16 and 13.  Further details about this are unknown.  There is little or no food in the home.  The eldest daughter has Lyme Disease and there is concern that she is not receiving treatment for this.  Also, father has assaulted mother in front of the children many times over the past several years.  Mother's role is unknown.<br><br>Miscellaneous Information:<br>Mother recently moved out of the home; source did not know where she is staying. The family is Jewish orthodox.<br><br>Locating Information:<br>Source did not know the exact location of the children at the time of the report. Source states that the address is in either Monsey or Spring Valley.  Connections validates the address in both places.<br><br>T/C to Ramapo Police Det Dunn<br>CW left message Re: sex abuse. | JH |

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

| CASE ID: | 20940241 | INVESTIGATION STAGE ID: | 21858593 |
|---|---|---|---|
| CASE NAME: | Weingarten,Israel | INVESTIGATION STAGE NAME: | Weingarten,Israel |
| | | INTAKE REPORT DATE: | 6/20/2002 |

*NOTES*

| | | | |
|---|---|---|---|
| | | H/V to Israel Weingarden home | |
| 6/21/02 | 6/21/02 | The children Joel, Sara, Channah-Goldie, Jacob, Sheindl and Samuel were home cooking dinner. CW observed adequate food in the household. Israel stated he does not know the whereabouts of Faige but believes she is staying with Ms. Klein. T/C from Ramapo Police Det. Dunn Det. Dunn told the CW to interview the children without him because the CW and the Det have interviewed the children several time over the past few months an there has been no evidence of sex abuse. | JH |
| 6/26/02 | 6/26/02 | H/V to Israel with Rabbi Blum Sara and Channah-Goldie stated their father never touches them inappropriately. Sara and Channah stated their mother pinched them but stopped when CPS came around in Dec 2001. Sara stated her father yells at her and her siblings when they do something wrong but never touches them. Sara stated when she was younger her mother would hit her but when she got older she would defend herself. Sara stated sometime she is scared of her mother when she gets "Crazy and yells and screams for no reason" But does not think her mother will hurt her or her siblings. Sara stated she has Lyme Disease DR. Fein 973-575-0338 Sara stated her father is on top of her care and appointments with her doctor.

Jacob and Samuel stated their mother hits then all over their bodies; everyday, Sheinal stated her mother hits everyday but she could only remember her father hitting her twice because she did something wrong. Sara stated they cook dinner as a family but when her mother was at home she would not cook or help around the house. Sara stated her mother made the children do every chore in the house. Joel stated his mother is upset that CPS is not going her way. Joel stated his mother wants a divorce. Joel stated his mother wants to be the boss of the family. Joel stated he believes his mother is making her sister call in false cases against their father. | JH |
| 6/26/02 | 6/26/02 | H/V to Ms. Klein with Rabbi Blum Ms. Klein admitted to Rabbi Blum Faige has been living at her house. Ms., Klein stated she thought Faige was in trouble. CW met with Faige and Rabbi Blum Faige denies any DV between Her and Israel. Faige stated she has been has martial problem with Israel. Faige stated her Rabbi Rothenberg told her to move out until Faige and Israel can reconcile with Israel. Faige stated she wants to return home. CW gave RC Family Shelter liaison telephone number. .Faige stated she is working with her Rabbi and will call Rabbi Rothenberg to speak with the CW and Rabbi Blum. Faige stated Israel has never touched his children inappropriately. Faige stated she thinks her sister is making false reports because she has never like Israel. Faige stated Israel loves his children and would never hurt his children. | JH |
| 6/27/02 | 6/27/02 | T/C from Rabbi Blum Rabbi Blum stated he spoke with Rabbi Rothenberg. Rabbi Blum stated he arranged a meeting for today at 11am. H/V to Rabbi Rothenberg with Rabbi Blum Rabbi Rothenberg was not home. Rabbi Blum contacted Rabbi Rothenberg's secretary stated she would try to find him. | JH |

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| CASE ID: | 20940241 | |
| CASE NAME: | Weingarten,Israel | |

| | |
|---|---|
| INVESTIGATION STAGE ID: | 21858593 |
| INVESTIGATION STAGE NAME: | Weingarten,Israel |
| INTAKE REPORT DATE: | 6/20/2002 |

*NOTES*

| | | | |
|---|---|---|---|
| 7/9/02 | 7/9/02 | Cw and Rabbi Blum waited 1 hr for Rabbi Rothenberg but he failed to appear.<br>H/V to Israel and children<br>The children appeared to be appropriately dressed.  The children appeared to have no visible marks or bruises.  Sara stated they went to visit with their mother but none of the children want to visit with her. Sara stated her father made them visit.<br>Sara stated she is not scared of her mother she just did not want to visit with her mother.  Sara denies any inappropriate touching by her father. | JH |
| 7/31/02 | 7/31/02 | H/V to Ms. Klein<br>No one home.<br>CW left business card.<br>H/V with Rabbi Blum<br>Israel stated the children have been visiting with their mother because Faige has requested to visit with them.  Israel stated Faige is talking like she wants a divorce.  The children stated they do not want to visit with their mother but will because their father said they have too. | JH |
| 7/31/02 | 7/31/02 | H/V to Ms. Klein and Faige with Rabbi Blum<br>Faige stated she has enjoyed visiting with the children.<br>Faige stated Rabbi Rothenberg is away for the summer but will try to get in touch with him.  Faige stated she would not return home until Rabbi Rothenberg states it's appropriate.  Faige stated repeatedly that Israel does not abuse the child or there is no DV between her and her husband.  Faige stated she does not need help from RC Shelter; she is working with her Rabbi.  Faige stated she is moving with the Klein family to 8 Morris Rd, Monsey next week. | JH |
| 8/6/02 | 8/6/02 | Case# 20929603<br><br>Cw was unable to substantiate the allegations against Faige and Israel Weingarden.  Faige denies any DV.  CW gave DV Liaison telephone number.  Faige stated she is working with her Rabbi to reconcile with her husband Israel.  Faige denies that Israel touches his children inappropriately.  The children stated their parents yell and scream at each other but they are not scared when they yell.  The children stated they have not observed their father hitting their mother.  The children appeared to have no visible marks or bruises.  The house appeared to be free of safety hazards.  CPS case is unfounded and closed. | |
| 8/7/02 | 8/7/02 | Case# 20940241<br>Cw was unable to substantiate the allegations against Israel.  The house appeared to have adequate food in the household.  Faige denied any DV.  CW gave Faige DV Liaison telephone number.  Faige stated she is working with her Rabbi to reconcile with her husband, Israel.  Faige denies that Israel touches his children inappropriately.  The children stated their parents yell and scream at each other but they are not scared when they yell.  The children stated they have not observed their father hitting their mother.  The children appeared to be appropriately dressed.  The children appeared to have no visible marks or bruises.  The house appeared to be free of safety hazards.  CPS case is unfounded and closed. | |

| | |
|---|---|
| **Case Name:** | Weingarten,Israel |
| **Case ID:** | 21061700 |
| **Intake Stage ID:** | 22082686 |
| **Investigation Stage ID:** | 22131149 |

Case will be unfounded and closed.  CW was unable to substantiate the allegations of inadequate guardianship against Ms. Weingarten and inadequate guardian and sexual abuse against Mr. Weingarten. Mr. and Ms. Weingarten have 8 children . Two are grown and out of the household. Mr. and Ms. Weingarten have been separated for 10 months. Ms. Weingarten claims she left Mr. Weingarten for safety reasons and left the children behind. It has been alleged that Mr. Weingarten is sexually abusing his daughter Sara, who denies the allegations.  It was also alleged that Mr. Weingarten sexually abused his older daughter Laura, but CW has not been able to confirm this information with Laura. The Weingarten children deny any mistreatment or abuse by their father and stated that their mother mistreated them when she lived with them. The Weingarten children also stated that they do not like to visit their mother, because they are afraid of her. CW observed that the children were appropriately dressed when CW visited them. CW observed that the home were the Weingarten children live was clean and neat.  Currently, Mr. and Ms. Weingarten are trying to settle their differences in the rabbinical court.

| | |
|---|---|
| CASE NAME : | Weingarten,Israel |
| CASE ID : | 21061700 |
| INTAKE STAGE ID : | 22082686 |
| INV. STAGE ID : | 22131149 |

## SAFETY ASSESSMENT

Assessment Date:     4/7/2003                              Reason:     Inv. Determination

<u>Selected Safety Factors</u>: (Behaviors or conditions that may be associated with a child being in immediate danger of serious harm)

> No Safety Factors Apply

**Comments:**     There are no safety issues at this time.

<u>Strengths/Mitigating Circumstances</u>: (Serve to reduce or offset safety concerns)

**Comments:**     Mr. and Ms. Weingarten are currently separated.  Mrs. Weingarten left the home and left the children behind.  Mr. Weingarten is currently caring for 6 children.  It has been alleged that Mr. Weingarten is sexually abusing Sara.  Allegations have been made that he sexually abused his older daughter Laura, but CW has not be able to confirm this information from Laura. Sara denys any inappropriate behavior on the part of her father towards her. Sara is the oldest of the girls that live at home and she has been assisting her father in caring for the children.

<u>Decision :</u>     Safe

<u>Interventions</u>

**Comments:**     Case will be unfounded and closed.  CW was unable to substantiate the allegations. Mr. and Ms. Weingarten are currently separated and are working on solving their problems in the rabbinncal court.

Printed: April    07, 2003

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

CASE ID:        21061700                    INVESTIGATION STAGE ID:       22131149
CASE NAME:   Weingarten,Israel          INVESTIGATION STAGE NAME:  Weingarten,Israel
                                                          INTAKE REPORT DATE:            1/31/2003

SAFETY ASSESSMENT INFORMATION

DATE:  04/07/2003      REASON:  Inv. Determination        DECISION:  Safe        EVENT DATE: 04/07/2003      EVENT STATUS:   Pending

SAFETY FACTORS:
No Safety Factors Apply

COMMENTS:
There are no safety issues at this time.

COMMENTS:
Case will be unfounded and closed.  CW was unable to substantiate the allegations. Mr. and Ms. Weingarten are currently separated and are working on solving their problems in the rabbinical court.

STRENGTHS/MITIGATING FACTORS COMMENTS:
Mr. and Ms. Weingarten are currently separated.  Ms. Weingarten left the home and left the children behind.  Mr. Weingarten is currently caring for 6 children.  It has been alleged that Mr. Weingarten is sexually
abusing Sara.  Allegations have been made that he sexually abused his older daughter Laura, but CW has not be able to confirm this information from Laura. Sara denys any inappropriate behavior on the part of her
father
towards her. Sara is the oldest of the girls that live at home and she has been assisting her father in caring for the children.

DATE:  03/03/2003      REASON:  Safety Modification                DECISION:  Safe        EVENT DATE: 03/17/2003      EVENT STATUS:   Approved

SAFETY FACTORS:
Child sexual abuse is suspected or the child has previously been a victim of sexual abuse and caretaker may be unable to insure adequate protection.

COMMENTS:
Sara Weingarten is 16 years old.  It has been alleged that she is being sexually abused by her father. Sara denied the allegations.

COMMENTS:
Situation appears to be stable.  Investigation continues.

STRENGTHS/MITIGATING FACTORS COMMENTS:
Sara is the second oldest child in the Weingarten home.  She is one of six and the oldest girl.  When Ms. Weingarten initially left Mr. Weingarten, she left the children with him. Sara states that her mother wants the
children to live with her now, but they want to stay with the father.  She stated that she knows that her mother's family are the ones that are making the calls because, they hate him and her father.

Date Printed: 4/10/2003                                                                                     Page:                    5

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

**CONNECTIONS**
**CHILD PROTECTIVE**
**RECORD SUMMARY**

| | |
|---|---|
| CASE ID: 21151709 | INVESTIGATION STAGE ID: 22257282 |
| CASE NAME: Weingarten,Faige | INVESTIGATION STAGE NAME: Weingarten,Faige |
| | INTAKE REPORT DATE: 7/4/2003 |

---

## *INVESTIGATIVE FINDINGS*

---

**Family address**

8 Fillmore Ct.
Monroe, NY 10950
845-783-6922


**Narrative**

On 7/30/03, mother beat and choked Sheindl (age 9) in anger and punishment sustaining a bruise under her right ear.


**Miscellaneous Information**

The incident occurred when mother attempted to pick the child up from summer camp. Before that point, the child had not heard from mother in over a year. Mother has another PID –24451013. The police were involved but there were no arrests. Mother fled the scene after the incident.


**Locating Information**

Unknown if the family members are home at this time.

| | | |
|---|---|---|
| 7/7/03 | 7/7/03 | Assigned supportive on above case. Jennifer Heller of RCDSS is primary caseworker. |
| 7/7/03 | 7/7/03 | Negative tc to Jennifer Heller. I left a message stating that I am the OC worker, and asking her to contact me. The report was made on 7/4, a holiday. The 5th and 6th were a weekend. |
| 7/7/03 | 7/7/03 | Tc from Jennifer Heller. She said that Mr. Weingarten and 4 of the children are summering in Kiryas Joel. She asked that I interview the father and the children at their Monroe address. |
| 7/7/03 | 7/7/03 | Visit to 252 Acres Rd. Monroe (Kiryas Joel). This a 4 family building. As I did not |

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

| | | | |
|---|---|---|---|
| **CASE ID:** | 21151709 | **INVESTIGATION STAGE  ID:** | 22257282 |
| **CASE NAME:** | Weingarten,Faige | **INVESTIGATION STAGE NAME:** | Weingarten,Faige |
| | | **INTAKE REPORT DATE:** | 7/4/2003 |

*INVESTIGATIVE FINDINGS*

have an apt. #, I knocked on the 1st floor door. A woman answered. I explained that I was looking for the Weingarten family. She identified herself as Mrs. Landau, and said that she is a close friend of Mr. Weingarten and his children. She invited me in. She was very gracious, and offered me refreshments. She explained that according to Hassidic custom, a man cannot be alone with a woman. She asked if I would be willing to interview "Rabbi" Weingarten in her apartment with her present. I said that would be fine, as long as I could see his apartment, and interview the children before I left. She said that would be arranged. She excused herself, and went upstairs to get Mr. Weingarten.

She returned a few minutes later with Mr. Weingarten. Both Mrs. Landau and Mr. Weingarten speak flawless English. I explained the allegations to Mr. Weingarten. He knew about the report already, as RC has contacted him, and informed him that an OC worker would contact him.

Mr. Weingarten said that his wife left about 1 ½ years ago. He described her as a very disturbed woman, who physically and emotionally abused the children and himself for 24 years. He said that he did not intervene on his children's behalf for many years, because he felt that he should not undermine her as a mother. However, the 2 eldest children, Yonni and Leah, have both left the Hassidic community, and he blames his wife's behavior for their defection. He said that she was diagnosed by a doctor in Belgium with a hormonal imbalance that causes her to be irrational and violent. He said that his wife refused to accept treatment for her condition.

Mr. Weingarten said that he and the children fear that Mrs. Weingarten, as an Israeli citizen, will abduct any or all of the children and board an El AL airplane without having to go through the usual airport checks, and be gone before anyone could stop her. He is sure that was what she had in mind when she tried to abduct Sheindl last week.

I asked him to tell me exactly what happened. He and Mrs. Landau related to me that on 7/3, Sheindl accompanied Mrs. Landau's 19 year old daughter to a day camp where the daughter helps out. The "camp" is actually held in the yard of one of the building complexes. Evidently, someone who is sympathetic to Mrs. Weingarten saw Sheindl there, and told her mother. Mrs. Weingarten arrived at the camp in a white van and grabbed Sheindl by the arm, and tried to drag her away. The children in the camp started screaming, and the teenagers who supervise the children, all tried to free Sheindl, and drive the mother off. Mr. Weingarten, who is of slight build, described his wife as a large, powerful woman. A construction worker, who heard the commotion, came over to see what was happening. He forced Mrs. Weingarten away. She returned to the van, and drove off. Mr. Weingarten said that the driver of the van was a man who is known to abduct children in custody disputes within the Hassidic community. Sheindl had bruises,

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

**CONNECTIONS**
**CHILD PROTECTIVE**
**RECORD SUMMARY**

| | |
|---|---|
| CASE ID: | 21151709 |
| CASE NAME: | Weingarten,Faige |

| | |
|---|---|
| INVESTIGATION STAGE  ID: | 22257282 |
| INVESTIGATION STAGE NAME: | Weingarten,Faige |
| INTAKE REPORT DATE: | 7/4/2003 |

*INVESTIGATIVE FINDINGS*

including scratches on her neck, inflicted by her mother in the attempted abduction. Mr. Weingarten said that he treated the bruises, and Sheindl went to bed because she was so upset. She spent the rest of the day in bed. When she woke up on the morning of the 4th, she complained that she ached all over. It was then that he took her to the ER at Arden Hill Hosp.

Mr. Weingarten said that he marks papers sent to him via computer for a living. He said that he and the children are very content with their current lives. The children are terrified of their mother, and want nothing to do with her. The family will return to RC at the end of summer, and the children will return to school. Nineteen year old Joel attends Yeshiva in Brooklyn 12 months a year, so he is not with his father and siblings this summer.

Mrs. Landau and Mr. Weingarten accompanied me to the Weingarten apartment. All the children were there. Sheindl was in bed. Her father said that she is still in shock over what happened to her. Mr. Weingarten and Mrs. Landau translated. They said that the children are not comfortable speaking English. Mr. Weingarten said that the children speak English fairly well, but are embarrassed to speak in front of a stranger because they are afraid that they will make mistakes. Indeed, the children all seemed to understand what I was saying, and started replying in Yiddish before their father could translate. They all confirmed that they are afraid of their mother, and happy with dad. I asked Chaya if being the surrogate mother was a big responsibility. She said that everyone has chores to do, and dad is in charge, so she doesn't feel oppressed. Sheindl appeared to verify dad's version of what happened on the 3rd. The apartment met minimum standards. There was not much furniture, but everyone had their own bed, and there was adequate food. The sanitary conditions were adequate. The children all appeared to be clean and well cared for.

When I got back to the office, Chris Moore told me that while I was out, RC CPS called her. Jennifer Heller told Chris that RC would like to assume Primary, as they have a relationship with the children from prior reports. They feel that the family will be more comfortable with someone they know.

I called Jennifer Heller and left a message that I saw Mr. Weingarten and the children. They confirmed that the allegations were true. I told Jennifer to contact me if she needs anything else.

| | | |
|---|---|---|
| 8/25/03 | 8/25/03 | Message on my v mail from County Attorney Chris Stage. RC filed a Neglect petition against Faige Weingarten. Judge Garvey transferred it to Orange County, as that is where the children were living. |

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

\*\*\*\*\*WARNING\*\*\*\*\*
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE ID:         21151709
CASE NAME:    Weingarten,Faige

INVESTIGATION STAGE ID:           22257282
INVESTIGATION STAGE NAME:     Weingarten,Faige
INTAKE REPORT DATE:                    7/4/2003

## INVESTIGATIVE FINDINGS

| | | |
|---|---|---|
| | | Chris Moore informed me that RC has not done the determination, and I am now the primary worker again. Chris has had communication with Mrs. Stern from KJ. She is Faige Weingarten's mentor. I am to call Mrs. Stern to make an appointment to interview Mrs. Weingarten. She doesn't speak English, and Mrs. Stern will translate. |
| 8/25/03 | 8/25/03 | Tel call to Mrs. Stern. Made appointment to meet with them at the Stern home in KJ on 8/28, at 1 PM. |
| 8/28/03 | 8/28/03 | Visit to Stern home. Mr. and Mrs. Stern were home with their infant son. They have three other children, who were elsewhere at the time of my visit. Mrs. Stern introduced me to Faige Weingarten. She is a rather short, stocky woman, but not at all the large and prepossessing woman described by her husband. Mrs. Stern and Mrs. Weingarten were very cordial, and offered me refreshments. |

Both women had a lot to tell me; I was there for about 2 hours. Mrs. Stern said that she has helped abused Hassidic women in the past. I mentioned that I read in the notes that they are cousins. Mrs. Stern denied it. She said that she never knew of Mrs. Weingarten's existence until March, when her predicament was brought to Mrs. Stern's attention. She said that Mr. Weingarten is known to some within the Hassidic community as an evil man. She said that her own father-in-law gave her $1000.00 when he found out that she was trying to help Faige Weingarten. She said that Mr. Stern, her father-in-law, knew Israel Weingarten many years ago when they were in Yeshiva. She said that even then he was known to be a bad person. She could not describe exactly what was meant by "bad."

Mrs. Weingarten said that she married Mr. Weingarten as a very innocent 20 year old girl. He was considerably older, which was kept a secret from her and her family. If a Hassidic male is not married by the time he is 20 years old, there is probably something wrong with him, according to Mrs. Stern. Mr. Weingarten's family went to Israel to find him a wife. Faige Weingarten is one of 14 children in a poor family.

Mrs. Weingarten and Mrs. Stern said that Mr. Weingarten physically and emotionally abused his family. They lived in Europe and Israel before settling in America. Their eldest daughter, Leah, who is now 24, accused her father of sexually abusing her from the time she was 9 until she was 15. At that age, she divulged what was happening to her to the rabbi who ran the school she was attending in Belgium. He had her sent to another rabbi in England. Mr.

*****WARNING*****
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

*CONNECTIONS*
*CHILD PROTECTIVE*
*RECORD SUMMARY*

| | |
|---|---|
| CASE ID: | 21151709 |
| CASE NAME: | Weingarten,Faige |

| | |
|---|---|
| INVESTIGATION STAGE ID: | 22257282 |
| INVESTIGATION STAGE NAME: | Weingarten,Faige |
| INTAKE REPORT DATE: | 7/4/2003 |

*INVESTIGATIVE FINDINGS*

Weingarten found out where Leah was, and went to England. He beat up the rabbi in whose home Leah sought refuge. That rabbi was blinded in one eye, and partially paralyzed from the beating he received. Leah, and her older brother have since renounced Hassidism, and possibly Judaism due to their father's treatment of the family. Mrs. Stern said that their whereabouts are known to Mrs. Weingarten, and they are both willing to come forward and tell their stories. Mrs. Stern said they are happy that their mother is out of the household, but are very concerned for the younger children. It is commonly believed that Chaya is now the subject of sexual abuse by her father. Mrs. Weingarten said that she had to leave the home because her husband had turned all the children against her. They all verbally and emotionally abused her to the extent that she could no longer survive in the home. She said that she is desperate to get her children away from their father, and try to make a life for them. She denied that she tried to abduct Sheindl to take her to Israel. She admitted that she went to speak to Sheindl on 7/3, but she said she just wanted to talk to her to find out how she was doing. She said that Sheindl was not afraid, and made no attempt to get away from her until Mrs. Landau's daughter came and grabbed Sheindl, and started screaming. Then, everyone got upset, and the scene became chaos. She denied that she inflicted any injuries to her daughter. I asked how she thinks she got them. She said that she believes that her husband saw a situation that might work to his advantage, and either inflicted the injuries himself, or had someone else do it, probably with Sheindl's permission.

Mrs. Stern said that she believes that RC has not been objective in their handling of this case. She feels that the RC worker is allied with Mr. Weingarten.

I told them both that I will be objective, but as of right now it appears that I will have to indicate the report that I have. I explained that Sheindl maintains that her mother hurt her, and there are photos to verify the injuries. Mrs. Weingarten said that she understood. She said that her primary concern is her children's well being. She begged me to help her save her children. I told her that I will conference with my supervisor, and explain Mrs. Weingarten's concerns.

When I got back to the office, I told Chris Moore about my hv. I told her that I find Mrs. Weingarten's story of sexual and physical abuse by her husband to be believable. I am less comfortable with her explanation of what happened on 7/3.

| | | |
|---|---|---|
| 9/5/03 | 9/5/03 | |

Court. Judge Bivona accepted the transfer. OC was represented by Sandy Williams. Mrs. Weinstein's attorney is Lynn Brustein, from RC. Mr. Weingarten is represented