UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ISRAEL WEINGARTEN,                              Cv. No. 14-5738 (JG) &
                                                                              Cr. No. 08-0571 (JG)

                     Petitioner,

    - against -

                                                                              NOTICE OF APPEAL

UNITED STATES OF AMERICA,

                     Respondent.
-------------------------------------------------------X

       Notice is hereby given that Israel Weingarten, petitioner/movant in the above named case, appeals to the United States Court of Appeals for the Second Circuit from the district court's January 30, 2015 order denying his motion, under 28 U.S.C. §2255, to vacate, set aside, or correct his sentence entered in *United States v. Weingarten*, Cr. No. 08-0571 (JG).  The record in this case includes submissions and transcripts under both of the case numbers indicated above.

                                                                          Respectfully submitted,

Date: March 27, 2015                      s/ *Todd W. Burns*
                                                        Todd W. Burns
                                                        California Bar No. 194937
                                                        Burns & Cohan, Attorneys at law
                                                        1350 Columbia Street, Suite 600
                                                        San Diego, California  92101
                                                        619-236-0244
                                                        todd@burnsandcohan.com

## CERTIFICATE OF SERVICE

Counsel for Petitioner/Movant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy has been caused to be delivered, via ECF, to government counsel.

Dated: March 27, 2015                                             s/ *Todd W. Burns*
                                                                                    Attorney for Mr. Weingarten